**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Ricardo Sibrian, individually on behalf of himself and all others similarly situated, | :: :: :: | Case No.: 19-cv-00974 |
| *Plaintiff,* | :: :: | |
| v. | :: :: | **NOTICE OF APPEARANCE** **OF MICHAEL R. REESE** |
| Cento Fine Foods, Inc.. | :: :: | |
| *Defendant.* | :: :: | |

Notice is hereby given that Michael R. Rese is appearing as co-counsel for plaintiff Ricardo Sibrian and the proposed class in the above-captioned action. Pursuant to Federal Civil Procedure Rule 5, all further notices and copies of pleadings, papers and other materials relevant to this action should be served upon:

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
(212) 643-0500
mreese@reesellp.com

Respectfully submitted,

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Counsel for Plaintiff*
*and the Proposed Class*