UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Sibrian, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Cento Fine Foods, Inc.,<br><br>    Defendant. | Case No. 2:19-cv-00974-JS-GRB<br><br>**DEFENDANT CENTO FINE FOODS, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

*(Fed R. Civ. P. 7.1)*

Defendant Cento Fine Foods, Inc. ("Cento") submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Cento is a privately held corporation; (2) Cento is a wholly owned subsidiary of Atlantic Food Distributors, Inc.; and (3) no publicly held corporation owns ten percent or more of Cento's or Atlantic's stock.

Dated: June 4, 2019.  Respectfully submitted,

By: */s/ Erin R. Conway*
Erin R. Conway
New York Bar No. 4842316
E.D.N.Y. Bar Code: EC2492
Daniel S. Tyler (*pro hac vice* forthcoming)
Illinois Reg. No. 6315798
AMIN TALATI & UPADHYE LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 784-1061
Facsimile: (312) 884-7352
Erin@amintalati.com
Daniel@amintalati.com

*Attorneys for Defendant,*
*Cento Fine Foods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 4, 2019.

Respectfully submitted,

By: */s/ Erin R. Conway*
Erin R. Conway
New York Bar No. 4842316
E.D.N.Y. Bar Code: EC2492
Daniel S. Tyler (*pro hac vice* forthcoming)
Illinois Reg. No. 6315798
AMIN TALATI & UPADHYE LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 784-1061
Facsimile: (312) 884-7352
Erin@amintalati.com
Daniel@amintalati.com

*Attorneys for Defendant,*
*Cento Fine Foods, Inc.*