EXHIBIT B



## BioDiagnostics

**Data:**          **June 28, 2019**

**Project Code:**  **219005881**

**Client:**        **Sheehan & Associates, P.C.**

**Prepared by:**   **Asgar Shir**
                   Director of Operations

**Objective:**     To genotype submitted entries with a set of DNA makers to determine genetic relationships.  Specifically, to compare San Marzano2 variety with other submitted entries.

**Entries:**       Seven (7) samples were received on May 14, 2019 as listed below.  EBDI #'s 5882 through 5887 were received as canned whole peel/stewed tomatoes.  EBDI #5881 came as dry seed in a seed envelop. Seed for samples 5882-5887 were extracted from fruit from each entry and dried.  Each entry was replicated 2 times and 8 seeds per replication were bulked and used as the source of DNA for screening.  This procedure afforded us the opportunity to identity alleles present in 16 plants, which can determine the uniformity of entries and ensure all possible alleles present in a given entry are expressed.  (NOTE: A control, EBDI #5888 was included to ensure consistent scoring)

| EBDI # | Sample Name |
|--------|-------------|
| 5881 | San Marzano2 DOP –  300M R48E152 R |
| 5882 | Cento Label 28 oz.  A217 |
| 5883 | Cento Label 28 oz.  A243 |
| 5884 | Cento Label 28 oz.  A256 |
| 5885 | Cento Label 28 oz.  B205 |
| 5886 | Cento Label 28 oz.  A254 |
| 5887 | Cento Label 28 oz.  A237 |
| 5888 | EBDI internal control |

**DNA Markers:**   Nineteen (19) primer pairs known as simple sequence repeats (SSR's) were screened with each entry.

**Results:**       Genotypic data were generated following established protocols on an ABI3730XL capillary sequencer and are presented in a three (3) sheet excel workbook, 219005881 Matrix Data.xlsx.  A summary of each sheet follows:

**Genotype (8Ex19M):**  A modified output from the ABI3730XL with entries as rows and SSR markers as columns.  Columns A and B rows 2 through 17 lists sample names.  Primer designations are in row 1 columns C through U.  Values in respective entry marker cells represent DNA fragment sizes in base pairs.  If a single number exist, the respective entry is homozygous for the given locus.  If separated by a dash (-) the entry is heterozygous. Different fragment sizes or length polymorphisms among entries for a given marker would indicate that those entries are genetically different.  Of the 304 possible data points (16 entries x 19 markers), there were 6 missing data points (md).  Entry #5885 accounted for 4 of those missing data points. Whether the missing data was due to the processing of those tomatoes, i.e. DNA degradation due to heat is unknown at



**BioDiagnostics**

this time. (NOTE: replications were included as genotypic differences were detected in the replicated samples)

**Nei&Li (8Ex19M):**  Nei & Li's dissimilarity genetic distance algorithm is well accepted method for comparing genetic relationships based on DNA markers.  Data is presented in a full rank matrix with all 8 entries.  Entry designations are in column A and row 1. Values in respective cells were calculated based on data generated from all 19 markers screened and represent percent genetic dissimilarity rounded to whole numbers.  Example; in cell B2 the value is 0 as one is comparing Sample 5888-A with itself and there is no dissimilarity.  (NOTE: genetic similarity=1-dissimilarity).

**Dendogram**:  A tree diagram depicting genetic relationships generated from the data in the fore mentioned page in a graphical format.  The numbers on the scale (row 23) represent percent genetic dissimilarity between entries.  Entries that are less dissimilar (more similar) are arranged closer together.  Also included in this dendogram there are colored blocks indicating SSR results for each entry.  If two entries have the same color for a given marker, they represent the same alleles.

**Summary:**    Eight (8) samples were screened with 19 SSR's.  Comparing the 6 canned samples with San Marzano2 none were genetically identical.  Genetic similarities ranged from 80% similar to 65% similar.  EBDI #5888 was most similar but that entry is hybrid sample that we use as an internal control. Sample #5881 showed 36% difference with everything else. Samples #s 5883, 5885 & 5886 also showed small differences within their reps (1-2%). What impact these differences have on product quality is unknown.

**Eurofins BioDiagnostics, Inc.**                              **Telephone +1-303-651-6417**
1821 Vista View Dr.                                                        Fax + 1-303-772-4003
Longmont, CO  80504  USA                                        www.eurofinsus.com

| | | TMSSR01 | TMSSR03 | TMSSR04 | TMSSR06 | TMSSR11 | TMSSR20 | TMSSR24 | TMSSR26 | TMSSR27 | TMSSR28 | TMSSR29 | TMSSR32 | TMSSR38 | TMSSR42 | TMSSR45 | TMSSR46 | TMSSR48 | TMSSR58 | TMSSR61 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5881-A | R48E152R | 192 | 147 | 209 | 107-235 | 235 | 92-126 | 210 | 145 | 198 | 260 | 168 | 237 | 167 | 146 | 199 | 239 | 258 | 162 | 202-216 |
| 5881-B | | 192 | 147 | 209 | 107-235 | 235 | 92-126 | 210 | 145 | 198 | 260 | 168 | 237 | 167 | 146 | 199 | 239 | 258 | 162 | 202-216 |
| 5882-A | A217 | 192 | 147-153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 203-207 | 260 | 170 | 237-242 | 165-167 | 143-146 | 199-203 | 239 | 205 | 165-186 | 202-214 |
| 5882-B | | 192 | 147-153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 203-207 | 260 | 170 | 237-242 | 165-167 | 143-146 | 199-203 | 239 | 205 | 165-186 | 202-214 |
| 5883-A | A243 | 192 | 153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 198-207 | 260 | 170 | 237-242 | 165-167 | md | 199-203 | 239 | 205 | 162-186 | 202-210-214-216 |
| 5883-B | | 192 | 153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 198-207 | 260 | 170 | 237-242 | 165-167 | md | 199-203 | 239 | 205 | 162-165-186 | 202-210-214-216 |
| 5884-A | A256 | 192 | 153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 198 | 260 | 170 | 237-242 | 167 | 146 | 203 | 239 | 205-258 | 162-186 | 202-214 |
| 5884-B | | 192 | 153 | 209-216 | 107 | 235 | 92 | 210-222 | 145 | 198 | 260 | 170 | 237-242 | 167 | 146 | 203 | 239 | 205-258 | 162-165 | 202-214 |
| 5885-A | B205 | 192 | 153 | 209-216 | 107 | 235 | 92 | 217-222 | md | 198-207 | 260 | 170 | 237-242 | 167 | md | 199-203 | 239 | 205 | 165-186 | 202-205-210-214 |
| 5885-B | | 192 | 153 | 209-216 | 107 | 235 | 92 | 217 | md | 198-207 | 260 | 170 | 237-242 | 167 | md | 199-203 | 239 | 205 | 165-186 | 202-205-210-214 |
| 5886-A | A254 | 192 | 153 | 209 | 107 | 235 | 92 | 210-222 | 145 | 198-203-207 | 260 | 170 | 237-242-255 | 165-167 | 143 | 199-203 | 239 | 205 | 186 | 202-210 |
| 5886-B | | 192 | 153 | 209 | 107 | 235 | 92 | 210-222 | 145 | 198-207 | 260 | 170 | 237-242-255 | 165-167 | 143 | 199-203 | 239 | 205 | 186 | 202-210 |
| 5887-A | A237 | 192 | 153 | 209 | 107 | 235 | 92 | 210-222 | 145 | 198-207 | 260 | 170 | 237-242 | 167 | 143 | 199-203 | 185-239 | 205 | 159-162-165-186 | 202-210-214 |
| 5887-B | | 192 | 153 | 209 | 107 | 235 | 92 | 210-222 | 145 | 198-207 | 260 | 170 | 237-242 | 167 | 143 | 199-203 | 185-239 | 205 | 159-162-165-186 | 202-210-214 |
| 5888-A | EBDI control | 192 | 153 | 209 | 107-235 | 235 | 92-126 | 210-222 | 145 | 198-207 | 260 | 168-170 | 237 | 167 | 146 | 203 | 239 | 205 | 165 | 202-214 |
| 5888-B | | 192 | 153 | 209 | 107-235 | 235 | 92-126 | 210-222 | 145 | 198-207 | 260 | 168-170 | 237 | 167 | 146 | 203 | 239 | 205 | 165 | 202-214 |



Java Genetic Distance version 2.4 (C) Agrogene 2000
Data drawn from data file :
file:C:\Users\uash\Desktop\219005881Data4GD.txt
Nei and Li metric
Group Average method
16 samples, 42 alleles derived from 19 loci.
Calculated the 27th June 2019 at 11h40