EXHIBIT C



Rev.com, Inc.
222 Kearny St. Suite 800, San Francisco, CA, 94108
T: 888-369-0701 | support@rev.com | www.rev.com



Member # 252626

# <u>Certification of Translation Accuracy</u>

Translation of **"Spencer Sheehan - Final 2018 Crop Report"** from **"ITALIAN"** to **"ENGLISH"**

We, Rev.com, Inc., a professional translation company, hereby certify that the above-mentioned document(s) has (have) been translated by experienced and qualified professional translators and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Rev.com, Inc. assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

David Abrameto, VP of Operations

Rev.com, Inc.

Dated: May 29, 2019





Rec. 210NA_19

Naples February 14, 2019

**Dear**      Consortium of Protection of the San Marzano DOP tomato of Agro Sarnese-Nocerino

Via Lanzara, 27

84087 Sarno (SA)

e-mail:

onsorziopomodorosanmarzanodop@gmail.com

to the kind attention of: President Fabio Grimaldi

**Subject: S. Marzano DOP tomato of Agro Sarnese Nocerino, 2018 campaign data update**

As requested below we have supplied the data on the product that was introduced to the protected sector for the 2018 campaign

NO. OF REGISTERED OPERATORS 2018 CAMPAIGN

| | |
|---|---|
| Agricultural Producers | 164 |
| Intermediaries | 23 |
| Transformers | 30 |
| Labelers | 5 |

| | |
|---|---|
| TOTAL REGISTERED IN USED AGRICULTURAL SURFACE AREA has | 149,6 |
| PRODUCTION POTENTIAL FOR THE 2018 CAMPAIGN | 11.970.152 |
| QUANTITIES ASSIGNED FOR MANUFACTURES in Kg | 9.859.953 |
| QUANTITIES WORKED FRESH | 9.803.315 |
| NET Kg OF OBTAINED PRODUCT | 6.479.648 |

With best regards

**For the technical Secretariat Alfonso Piccolo**





# QUANTITIES HARVESTED BY AGRICULTURAL PRODUCERS

| CODE | BUSINESS NAME | Kg HARVESTED |
|---|---|---|
| CP011 | TERRECUSO MICHELINA | 39.169 |
| CP044 | CELENTANO ANTONIO | 52.983 |
| CP046 | CRESCENZO GIUSEPPINA | 7.075 |
| CP058 | LA GUARDIA ANTONIO | 37.306 |
| CP059 | LA GUARDIA GIOVANNI | 59.949 |
| CP065 | RUGGIERO GIOACCHINO | 22.597 |
| CP067 | RUGGIERO PASQUALE | 9.563 |
| CP081 | INGENITO ANTONIO | 34.070 |
| CP106 | ESPOSITO MICHELE | 9.300 |
| CP116 | CRESCENZO CIRO | 25.880 |
| CP124 | DELLA PORTA PANTALEONE | 20.101 |
| CP125 | FASOLINO VIRGINIA | 42.470 |
| CP134 | PASTORE LUIGI | 16.954 |
| CP141 | AUFIERO VINCENZO | 18.480 |
| CP156 | DE FILIPPO FILOMENA | 87.485 |
| CP161 | ESPOSITO ERSILIA | 15.924 |
| CP163 | FRIGENTI CARLO | 23.460 |
| CP164 | FRIGENTI PASQUALE | 31.358 |
| CP196 | LENZA ANTONIO | 53.681 |
| CP201 | PAPPACENA ROSA | 36.740 |
| CP216 | PIRO MONDA SANTINO | 12.578 |
| CP219 | SODANO BRUNO | 20.421 |
| CP224 | MESSINA VINCENZO 65 | 20.452 |
| CP229 | ROMANO SILVIO | 26.128 |
| CP231 | MONTESARCHIO GIOVANNI | 49.134 |
| CP232 | CASTALDO FILIPPO | 58.868 |
| CP248 | CALIENDO PIETRO | 28.700 |
| CP289 | ESPOSITO CARMELINA | 10.468 |
| CP290 | FERRANTE ANNA | 59.668 |
| CP322 | SCARPA RITA | 37.514 |
| CP352 | RAINONE ANGELO | 64.932 |
| CP367 | CORRADO ANTONIO | 16.440 |
| CP371 | ROMANO TOMMASO | 49.415 |
| CP380 | MARTORELLI SABATO | 8.087 |
| CP381 | MANCUSO LUISA | 8.561 |
| CP385 | GUERRA CRESCENZO MARIA | 26.384 |
| CP401 | MONTUORI LORENZO | 5.551 |



| CP402 | NAPOLETANO GIUSEPPE | 129.040 |
| CP409 | CAPUTO VINCENZO | 17.300 |
| CP415 | SOC. AGR. F.lli PAPA S.S.A [AGRICULTURAL COOPERATIVE] | 164.972 |



| CP416 | GUIDA RACHELE | 143.776 |
| CP451 | NATURA VIVA SNC DI RAFFAELE E ANDREA CALZOLAIO [General Partnership] | 198.803 |
| CP453 | SICILIANO ORSOLA | 79.976 |
| CP457 | ATTANASIO ANTONIO | 134.004 |
| CP466 | PETRONI ANTONIO | 98.263 |
| CP471 | QUATRANO FELICETTA | 57.979 |
| CP474 | ESPOSITO ANTONIO 55 | 25.846 |
| CP476 | LA MONTAGNA PASQUALE | 111.900 |
| CP479 | DE LUCA LUIGIA | 137.650 |
| CP480 | LETTIERI NICOLA | 89.710 |
| CP481 | ALISE GIOVANNA | 109.590 |
| CP487 | ESPOSITO EUGENIA | 12.450 |
| CP489 | DE VIVO NUNZIATA 62 | 22.431 |
| CP498 | FASOLINO DOMENICO SRL UNIPERSONALE [Single Member Limited Liability Company] | 321.820 |
| CP499 | PAPA RAFFAELE | 64.240 |
| CP501 | MESSINA VINCENZO 43 | 125.556 |
| CP521 | CERRATO LUIGI | 12.890 |
| CP523 | LUCARELLI ANGELO | 576.632 |
| CP525 | OFFICINE LIGUORI SRL UNIPERSONALE [Single Member Limited Liability Company] | 83.186 |
| CP529 | SIRICA ANTONIO | 7.080 |
| CP530 | ORZA ROSALIA | 41.090 |
| CP533 | ANNUNZIATA PASQUALINA | 10.310 |
| CP539 | PINTO MICHELE | 5.623 |
| CP544 | MAIORINO MICHELINA | 17.649 |
| CP548 | CHIARIELLO ANNA | 90.840 |
| CP554 | REGA GERARDO | 32.040 |
| CP555 | IERVOLINO MICHELE | 76.240 |
| CP563 | PIGNATELLI GENEROSO | 73.937 |
| CP569 | MILITE GENNARO | 23.050 |
| CP573 | MONTANO ANTONIO | 154.474 |
| CP581 | SANTELLA FRANCESCA | 29.576 |
| CP585 | ESPOSITO MICHELINA 64 | 32.996 |
| CP599 | VITALE ANGELO | 8.170 |
| CP608 | MANCUSO ANIELLO | 56.792 |
| CP610 | PISCOSQUITO ROSARIO | 13.779 |
| CP616 | DE VIVO NUNZIATA 64 | 17.130 |
| CP617 | PAPPACENA FERDINANDO | 14.600 |
| CP619 | MUNGIGUERRA GIACOMO | 141.860 |
| CP631 | PANICO FELICE 63 | 11.350 |
| CP633 | MONDA MICHELE | 29.690 |

| CP640 | SIRICA ANELLA        | 21.078 |
| CP643 | PERRETTI ANTONIETTA  | 28.808 |



| | | |
|---|---|---|
| CP644 | SQUITIERI MICHELE | 5.834 |
| CP645 | MONTUORI CAMILLO | 11.974 |
| CP646 | COPPOLA FRANCESCO | 48.742 |
| CP651 | RUSSO MARCO | 39.680 |
| CP652 | CALZOLAIO RAFFAELE | 112.060 |
| CP653 | CASTALDO GAETANO | 66.682 |
| CP654 | SOCIETA' AGRICOLA GAIA SRL [Limited Liability Company] | 171.740 |
| CP657 | ROSA RAFFAELE | 10.599 |
| CP660 | ESPOSITO GAETANA | 5.560 |
| CP661 | RAINONE MADDALENA | 56.064 |
| CP665 | BUONO FILOMENA | 65.163 |
| CP666 | DE LUCA GIOVANNI | 88.666 |
| CP668 | FRIGENTI ANNA MARIA | 32.256 |
| CP671 | CALZOLAIO ANDREA | 135.689 |
| CP672 | CHIARIELLO GIOVANNI | 36.918 |
| CP673 | MONTANO GIOVANNI 73 | 50.926 |
| CP674 | MONTANO GIOVANNI 77 | 102.774 |
| CP675 | SERAFINO CARMINE | 23.410 |
| CP676 | SIANO ANNA MARIA | 2.937 |
| CP677 | PAPPACENA LUCIA | 8.114 |
| CP688 | VENTURA GIOVANNI | 22.520 |
| CP694 | INGENITO MARIA | 4.413 |
| CP696 | BUONGUSTO ANDREA | 50.665 |
| CP697 | DI MARTINO FIORINA | 11.997 |
| CP703 | VORRARO ANGELO | 146.080 |
| CP706 | MUCA LINDITA | 204.267 |
| CP707 | NUZZO SERGIO | 365.132 |
| CP710 | ESPOSITO ANTONIO 72 | 67.197 |
| CP714 | SIANO GIACOMO | 25.828 |
| CP717 | D'ALIA FRANCESCA | 15.989 |
| CP719 | AURIEMMA VINCENZO | 43.280 |
| CP725 | NOLANO PASQUALE | 872.503 |
| CP727 | PAPPACENA ALBERTO | 67.560 |
| CP731 | CASORIA ANTONIETTA | 21.288 |
| CP734 | ECCELLENZE NOLANE SOC. COOP. AGR. [AGRICULTURAL COOPERATIVE] | 9.320 |
| CP736 | RAIMO ANIELLO | 7.974 |
| CP737 | INGINO ELENA | 7.500 |
| CP745 | BARONE CARMELA | 43.310 |
| CP748 | AURIEMMA DOMENICO | 50.891 |
| CP751 | AURIEMMA GIUSEPPE | 28.314 |



| CP752 | GALOTTO AURELIO | 135.830 |
|-------|-----------------|---------|
| CP753 | INGENITO GIUSEPPINA | 13.267 |



| CP754 | ESPOSITO ANNA MARIA | 4.910 |
|---|---|---|
| CP756 | CORRADO ANGELO | 2.191 |
| CP757 | ARTILLO GIUSEPPE | 55.650 |
| CP766 | ROSA ANNA | 19.293 |
| CP768 | SANTORELLI ANGELINA | 73.544 |
| CP781 | LOMBARDI ANTONIO | 38.230 |
| CP782 | COPPOLA VINCENZO | 59.555 |
| CP783 | NOLANO MARIO | 9.325 |
| CP784 | SOC. AGR L'ORO DELLA TERRA SRL [Limited Liability Company] | 86.738 |
| CP787 | GAMBARDELLA GIUSEPPE | 10.770 |
| CP788 | LAGARESE SALVATORE | 8.579 |
| CP789 | DE SENA ANTONO | 44.613 |
| CP790 | VINCIGUERRA ANTONIO | 141.834 |
| CP792 | CRISCI AGNESE | 141.356 |
| CP793 | RAIMO ANTONIO | 20.600 |
| CP795 | ROMANO ANDREA | 61.052 |
| CP796 | CAMPETIELLO FELICETTA | 158.404 |
| CP797 | SQUITTIERI FRANCO | 0 |
| CP799 | FRANZESE PASQUALINA | 15.650 |
| CP800 | CELENTANO STEFANO | 2.460 |
| CP802 | ODIERNA NUNZIATINA | 78.202 |
| CP803 | MONTORO DARIO | 41.450 |
| CP809 | REA VINCENZO | 37.425 |
| CP810 | GRIMALDI FILOMENA | 45.760 |
| CP811 | AZ.AGR. IL DUCA [AGRICULTURAL COMPANY] | 20.208 |
| CP813 | AZ.AGR.BIO DAFNE [AGRICULTURAL COMPANY] | 7.640 |
| CP814 | FERRARA VINCENZO | 12.891 |
| CP815 | LA GUARDA ALFONSO | 37.656 |
| CP816 | SANTONICOLA GIANFRANCO | 42.767 |
| CP817 | ARENA MARCO | 37.528 |
| CP821 | CRESCENZI PATRIZIA | 19.342 |
| CP823 | SPOSITO ANGELO | 112.865 |
| CP824 | D'AMBROSIO VALERIA | 55.194 |
| CP827 | ADAMO VINCENZO | 10.575 |
| CP828 | AGRO CICALESE SOC.AGR. SRL [Limited Liability Company] | 79.895 |
| CP831 | NAPPO CARMINE | 46.707 |
| CP832 | CALIENDO LUIGI | 93.933 |
| CP833 | IL SOLE DEL VESUVIO | 3.000 |
| CP836 | ROSA ANTONIO | 14.389 |
| CP837 | CRESCENZO ANNA | 12.840 |



**INTERMEDIARIES**

| CODE | COMPANY | Kg moved |
|------|---------|----------|
| CI002 | FASOLINO DOMENICO SRL [Limited Liability Company] | 477.940 |
| CI003 | Coop. Ort. SANTA MARIA DELLE GRAZIE a r. | 1.004.819 |
| CI005 | COOPERATIVA SOLANIA SOC. COOP [COOPERATIVE CO.] | 889.560 |
| CI006 | DANI COOP. SOC. COOP. AGR. [AGRICULTURAL COOPERATIVE] | 676.206 |
| CI013 | AGRIGENUS Soc. Coop. Agr. [AGRICULTURAL COOPERATIVE] | 364.831 |
| CI014 | SOC. COOP. AGR. POMAR [AGRICULTURAL COOPERATIVE] | 96.988 |
| CI017 | COOP. San Vincenzo a r.l. [COOPERATIVE LLC] | 586.721 |
| CI027 | TIERRE SOC. COOP. AGR ARL [AGRICULTURAL COOPERATIVE LLC] | 590.410 |
| CI028 | Soc. Coop. La San Marco [COOPERATIVE CO.] | 144.000 |
| CI031 | COOPERATIVA AGRICOLA LA COSTA [AGRICULTURAL COOPERATIVE] | 146.405 |
| CI032 | AGRIVERDE soc. Coop. Agr. [AGRICULTURAL COOPERATIVE] | 85.420 |
| CI033 | RAS SRL [Limited Liability Company] | 199.970 |
| CI034 | L'AVVENIRE SOC. COOP. A R.L. [COOPERATIVE CO. LLC] | 1.165.890 |
| CI036 | ECCELLENZE NOLANE SOC, COOP. AGR. [AGRICULTURAL COOPERATIVE] | 132.640 |
| CI037 | ICAB SPA [Corporation] | 393.410 |
| CI038 | NOVAGRI SOC. COOP. AGR [AGRICULTURAL COOPERATIVE] | 138.280 |
| CI018 | EUROAGRI SOC. COOP. AGR. [AGRICULTURAL COOPERATIVE] | 498.488 |
| CI042 | La Emilia Soc. Coop. Agr [AGRICULTURAL COOPERATIVE] | 1.904.629 |
|  | SINGLE | 363.346 |

**TRANSFORMERS**

| CODE | COMPANY | Kg of used raw material | Kg of net Finished product |
|------|---------|-------------------------|----------------------------|
| CT002 | F.LLI D'ACUNZI s.r.l. [Limited Liability Company] | 310.988 | 205.203 |
| CT004 | CONSERVE MARRAZZO CARMINE s.r.l. [Limited Liability Company] | 477.493 | 367.200 |
| CT005 | AGRICONSERVE REGA SOC. COOP. AGR. [AGRICULTURAL COOPERATIVE] | 1.173.445 | 848.160 |
| CT007 | POMILIA SPA [Corporation] | 41.192 | 18.745 |
| CT013 | CONSERVE MANFUSO s.r.l. [Limited Liability Company] | 473.454 | 356.470 |
| CT015 | FEGER di Gerardo Ferraioli s.p.a. [Corporation] | 943.163 | 619.287 |
| CT016 | ALFONSO SELLITTO | 76.900 | 60.849 |
| CT023 | LA FORMICA s.r.l. [Limited Liability Company] | 713.090 | 410.636 |
| CT035 | GUSTO s.r.l. [Limited Liability Company] | 3.805 | 3.653 |
| CT036 | COOPERATIVA SOLANIA SOC. COOP [COOPERATIVE CO.] | 141.307 | 101.144 |
| CT037 | F.P.D. s.r.l. [Limited Liability Company] | 540.826 | 373.171 |



| CT039 | FUTURAGRO SOC. COOP. AGR. A.R.L. [AGRICULTURAL COOPERATIVE LLC] | 573.335 | 300.609 |
| CT041 | Cav. Uff. Pietro Grimaldi S.r.l. [Limited Liability Company] | 544.961 | 290.907 |
| CT042 | COMMERCIALE EXPORT S.R.L. [Limited Liability Company] | 1.176.528 | 802.211 |
| CT048 | CALISPA S.p.A. [Corporation] | 472.171 | 344.701 |



| CT051 | LA TORRENTE s.r.l. [Limited Liability Company] | 116.905 | 78.511 |
|---|---|---|---|
| CT053 | ITALORTO FINE FOOD S.R.L. [Limited Liability Company] | 758.010 | 535.092 |
| CT058 | COMPAGNIA MERCANTILE D'OLTREMARE SRL [Limited Liability Company] | 621.913 | 436.496 |
| CT064 | MAROTTA EMILIO | 174.290 | 125.360 |
| CT065 | BIOAGRIWORD SRL UNIN. [Limited Liability Company] | 364.831 | 201.243 |

**CERTIFIED PLOTS**

| **F.LLI D'ACUNZI s.r.l.** [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A215 | 3000 | 23.936 |
| A222 | 3000 | 20.234 |
| A235 | 3000 | 3.525 |
| A235 | 500 | 66.110 |
| A237 | 3000 | 13.577 |
| A244 | 3000 | 3.569 |
| A254 | 3000 | 3.202 |

| CONSERVE MARRAZZO CARMINE s.r.l. [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A215 | 1000 | 49.185 |
| A222 | 3000 | 35.185 |
| A222 | 1000 | 59.985 |
| A223 | 500 | 18.185 |
| A223 | 1000 | 98.185 |
| A225 | Glass ml 580 | 41.785 |
| A225 | 1000 | 20.185 |
| A233 | 1000 | 54.985 |
| A236 | 1000 | 23.785 |

| AGRICONSERVE REGA SOC. COOP. AGR. [AGRICULTURAL COOPERATIVE] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A216 | 1000 | 175.017 |
| A220 | 1000 | 217.917 |
| A223 | 3000 | 54.705 |
| A234 | 3000 | 23.601 |



| A237 | 3400 | 17.905 |
|------|------|--------|
| A243 | 500  | 6.897  |
| A243 | 1000 | 11.997 |
| A243 | 3000 | 4.017  |



| | 500 | 51.825 |
|---|---|---|
| A258 | 500 | 51.825 |

| POMILIA SPA [Corporation] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A211 | 500 | 19.569 |
| A211 | 1000 | 12.933 |

| CONSERVE MANFUSO s.r.l. [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A213 | 3000 | 109.088 |
| A217 | 3000 | 149.847 |
| A224 | 3000 | 123.896 |
| A230 | 3000 | 90.563 |

| FEGER di Gerardo Ferraioli s.p.a. [Corporation] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A213 | 500 | 178.570 |
| A214 | 500 | 100.484 |
| A216 | 500 | 288.641 |
| A218 | 500 | 130.087 |
| A219 | 500 | 68.065 |
| A221 | 500 | 189.201 |
| A223 | 500 | 159.217 |
| A225 | 500 | 60.405 |
| A229 | 500 | 100.484 |
| A230 | 500 | 66.737 |
| A234 | 500 | 96.177 |
| A237 | 500 | 57.071 |

| ALFONSO SELLITTO | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A230 | 1000 | 18.605 |
| A230 | 3000 | 9.329 |
| A242 | 3000 | 8.625 |

| LA FORMICA s.r.l. [Limited Liability Company] | | |
|---|---|---|

| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
|---|---|---|



|  |  |  |
|---|---|---|
| A213* | 500 | 38.001 |
| A213* | 3.000 | 5.345 |
| A216* | 500 | 44.337 |
| A216* | 3.000 | 6.485 |
| A220 | 1.000 | 25.409 |
| A220* | 3.000 | 22.513 |
| A223 | 1.000 | 27.441 |
| A223* | 3.000 | 12.785 |
| A226 | 1.000 | 65.193 |
| A226* | 500 | 41.169 |
| A230* | 500 | 91.857 |
| A234* | 500 | 98.193 |
| A237 | 1.000 | 22.293 |
| A243 | 1.000 | 30.873 |
| A249 | 1.000 | 25.725 |

- Product entered in manufacturing account for I.C.A.B

| GUSTO s.r.l. [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| 2/2018 Plot | 550 | 1.683 |
| 1/2018 Plot | 1000 salsa glass | 795 |
| 1/2018 Plot | 1000 glass | 2.111 |

| COOPERATIVA SOLANIA SOC. COOP | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A212 | 1000 | 20.265 |
| A213 | 3000 | 22.513 |
| A214 | 1000 | 31.185 |

| F.P.D. s.r.l. [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A222 | 1000 | 24.656 |
| A222 | 3000 | 10.195 |
| A223 | 500 | 9.415 |
| A223 | 1000 | 24.835 |
| A223 | 3000 | 10.564 |

| A225 | 1000 | 35.681 |
| A225 | 3000 | 5.720 |



| | | |
|---|---|---|
| A226 | 1000 | 33.958 |
| A226 | 3000 | 5.295 |
| A230 | 500 | 32.350 |
| A230 | 3000 | 4.643 |
| A232 | 500 | 52.917 |
| A232 | 3000 | 2.594 |
| A234 | 1000 | 7.974 |
| A234 | 3000 | 3.441 |
| A236 | 500 | 20.208 |
| A236 | 1000 | 21.705 |
| A236 | 3000 | 5.067 |
| A241 | 500 | 10.680 |
| A241 | 1000 | 11.775 |
| A241 | 3000 | 3.052 |
| A244 | 500 | 10.838 |
| A244 | 1000 | 6.909 |
| A244 | 3000 | 971 |
| A251 | 1000 | 12.641 |
| A251 | 3000 | 2.644 |
| A255 | 1000 | 16.521 |
| A255 | 3000 | 3.057 |
| A258 | 500 | 14.592 |
| A258 | 3000 | 948 |

| FUTURAGRO SOC. COOP. AGR. A.R.L. [AGRICULTURAL COOPERATIVE LLC] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A214 | 3000 | 11.945 |
| A215 | 3000 | 10.737 |
| A220 | 3000 | 10.865 |
| A221 | 3000 | 20.721 |
| A230 | 3000 | 14.983 |
| A233 | 500 | 43.633 |
| A234 | 3000 | 21.705 |
| A237 | 500 | 26.845 |
| A247 | 3000 | 5.609 |
| A251 | 500 | 16.651 |
| A251 | 580 | 1.849 |
| A271 | 3000 | 5.761 |
| A271 | 500 | 12.657 |

| A271 | 580 | 885 |



| Cav. Uff. Pietro Grimaldi S.r.l. [Limited Liability Company] | | |
|---|---|---|
| PLOT CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A213 | 500 | 128.625 |
| A216 | 500 | 83.505 |
| A219 | 500 | 72.945 |
| A220 | 500 | 109.905 |
| A220 | 1000 | 25.425 |
| A220 | 3000 | 3.465 |
| A234 | 500 | 61.425 |
| A236 | 500 | 17.265 |
| A236 | 3000 | 4.665 |
| A240 | 500 | 9.105 |
| A243 | 500 | 33.585 |
| A245 | 500 | 18.705 |
| A248 | 500 | 38.865 |
| A256 | 3000 | 3.285 |

| COMMERCIALE EXPORT S.R.L. [Limited Liability Company] | | |
|---|---|---|
| PLOT CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A213 | 1000 | 17.753 |
| A213 | 3000 | 12.980 |
| A215 | 500 | 125.163 |
| A215 | 3000 | 14.984 |
| A216 | 3000 | 18.628 |
| A219 | 3000 | 16.166 |
| A221 | 3000 | 19.510 |
| A222 | 3000 | 11.650 |
| A223 | 3000 | 10.571 |
| A226 | 500 | 175.098 |
| A226 | 3000 | 7.195 |
| A230 | 500 | 179.143 |
| A230 | 3000 | 11.831 |
| A232 | 500 | 43.158 |
| A232 | 3000 | 1.721 |
| A233 | 500 | 71.016 |
| A233 | 3000 | 961 |
| A235 | 500 | 50.650 |
| A235 | 3000 | 3.526 |

| A237 | 1000 | 51.388 |
| A237 | 3000 | 9.839 |



| A240 | 1000 | 31.753 |
| A244 | 500 | 23.437 |
| A251 | 500 | 76.221 |
| A258 | 500 | 73.144 |
| A267 | 500 | 65.525 |

| CALISPA S.p.A. [Corporation] | | |
| --- | --- | --- |
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A217 | 500 | 129.674 |
| A220 | 500 | 155.505 |
| A224 | 500 | 149.041 |
| A231 | 1000 | 23.385 |
| A231 | 3000 | 16.881 |
| A234 | 500 | 65.649 |
| A234 | 1000 | 41.663 |
| A237 | 500 | 107.121 |

| LA TORRENTE s.r.l. [Limited Liability Company] | | |
| --- | --- | --- |
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A213 | 3000 | 3.457 |
| A215 | 3000 | 4.281 |
| A223 | 3000 | 5.105 |
| A224 | 3000 | 5.159 |
| A231 | 3000 | 7.158 |
| A237 | 3000 | 4.573 |

| ITALORTO FINE FOOD S.R.L. [Limited Liability Company] | | |
| --- | --- | --- |
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A218 | 3000 | 71.665 |
| A220 | 3000 | 66.545 |
| A225 | 3000 | 68.081 |

| COMPAGNIA MERCANTILE D'OLTREMARE SRL [Limited Liability Company] | | |
| --- | --- | --- |
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A216 | 3000 | 22.448 |
| A217 | 3000 | 11.633 |



| | | |
|---|---|---|
| A219 | 3000 | 22.111 |
| A221 | 3000 | 18.689 |

| | | |
|---|---|---|
| A224 | 3000 | 15.779 |
| A228 | 3000 | 14.261 |
| A231 | 3000 | 16.003 |
| A235 | 3000 | 18.334 |
| A238 | 3000 | 13.390 |
| A249 | 3000 | 17.713 |

| MAROTTA EMILIO | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A220 | 3000 | 21.489 |
| A223 | 3000 | 18.417 |
| A226 | 3000 | 8.977 |

| BIOAGRIWORD SRL UNIN. [Limited Liability Company] | | |
|---|---|---|
| Plot CODE | FORMAT (g) | TOTAL NUMBER (Pieces) |
| A235 | 3000 | 13.902 |
| A235 | 500 | 12.403 |
| A236 | 1000 | 43.944 |
| A237 | 1000 | 40.502 |
| A239 | 1000 | 39.549 |
| A240 | 1000 | 35.328 |
| A241 | 1000 | 15.341 |
| A262 | 500 | 36.059 |



**Prot. 210NA_19**

Napoli 14 febbraio 2019

**Spett.le**   Consorzio di tutela Tutela Pomodoro
San Marzano dell'Agro Sarnese-Nocerino DOP
Via Lanzara, 27
84087 Sarno (SA)
e-mail:
consorziopomodorosanmarzanodop@gmail.com

c.a. Il presidente Fabio Grimaldi

**Oggetto: Pomodoro S. Marzano dell'Agro Sarnese Nocerino DOP, aggiornamento dati campagna 2018**

Come da richiesta, di seguito si trasmettono i dati del prodotto immesso nel circuito tutelato per la campagna 2018

N. OPERATORI ISCRITTI CAMPAGNA 2018

| | |
|---|---|
| Produttori Agricoli | 164 |
| Intermediari | 23 |
| Trasformatori | 30 |
| Etichettatori | 5 |

| | |
|---|---|
| TOTALE SAU ISCRITTA IN ha | 149,6 |
| POTENZIALE PRODUTTIVO PER LA CAMPAGNA 2018 | 11.970.152 |
| QUANTITA' CONFERITE PER LAVORAZIONI Kg | 9.859.953 |
| QUANTITA' FRESCO LAVORATO | 9.803.315 |
| Kg NETTO PRODOTTO OTTENUTO | 6.479.648 |

Con i migliori saluti

Per la segreteria tecnica
Alfonso Piccolo

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



**QUANTITA' RACCOLTE PRODUTTORI AGRICOLI**

| COD | RAGIONE SOCIALE | Kg RACCOLTI |
|---|---|---|
| CP011 | TERRECUSO MICHELINA | 39.169 |
| CP044 | CELENTANO ANTONIO | 52.983 |
| CP046 | CRESCENZO GIUSEPPINA | 7.075 |
| CP058 | LA GUARDIA ANTONIO | 37.306 |
| CP059 | LA GUARDIA GIOVANNI | 59.949 |
| CP065 | RUGGIERO GIOACCHINO | 22.597 |
| CP067 | RUGGIERO PASQUALE | 9.563 |
| CP081 | INGENITO ANTONIO | 34.070 |
| CP106 | ESPOSITO MICHELE | 9.300 |
| CP116 | CRESCENZO CIRO | 25.880 |
| CP124 | DELLA PORTA PANTALEONE | 20.101 |
| CP125 | FASOLINO VIRGINIA | 42.470 |
| CP134 | PASTORE LUIGI | 16.954 |
| CP141 | AUFIERO VINCENZO | 18.480 |
| CP156 | DE FILIPPO  FILOMENA | 87.485 |
| CP161 | ESPOSITO ERSILIA | 15.924 |
| CP163 | FRIGENTI CARLO | 23.460 |
| CP164 | FRIGENTI PASQUALE | 31.358 |
| CP196 | LENZA ANTONIO | 53.681 |
| CP201 | PAPPACENA ROSA | 36.740 |
| CP216 | PIRO MONDA SANTINO | 12.578 |
| CP219 | SODANO BRUNO | 20.421 |
| CP224 | MESSINA VINCENZO 65 | 20.452 |
| CP229 | ROMANO SILVIO | 26.128 |
| CP231 | MONTESARCHIO GIOVANNI | 49.134 |
| CP232 | CASTALDO FILIPPO | 58.868 |
| CP248 | CALIENDO PIETRO | 28.700 |
| CP289 | ESPOSITO CARMELINA | 10.468 |
| CP290 | FERRANTE ANNA | 59.668 |
| CP322 | SCARPA RITA | 37.514 |
| CP352 | RAINONE ANGELO | 64.932 |
| CP367 | CORRADO ANTONIO | 16.440 |
| CP371 | ROMANO TOMMASO | 49.415 |
| CP380 | MARTORELLI SABATO | 8.087 |
| CP381 | MANCUSO LUISA | 8.561 |
| CP385 | GUERRA CRESCENZO MARIA | 26.384 |
| CP401 | MONTUORI LORENZO | 5.551 |
| CP402 | NAPOLETANO GIUSEPPE | 129.040 |
| CP409 | CAPUTO VINCENZO | 17.300 |
| CP415 | SOC. AGR. F.lli PAPA S.S.A | 164.972 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| CP416 | GUIDA RACHELE | 143.776 |
| CP451 | NATURA VIVA SNC DI RAFFAELE E ANDREA CALZOLAIO | 198.803 |
| CP453 | SICILIANO ORSOLA | 79.976 |
| CP457 | ATTANASIO ANTONIO | 134.004 |
| CP466 | PETRONI ANTONIO | 98.263 |
| CP471 | QUATRANO FELICETTA | 57.979 |
| CP474 | ESPOSITO ANTONIO 55 | 25.846 |
| CP476 | LA MONTAGNA PASQUALE | 111.900 |
| CP479 | DE LUCA LUIGIA | 137.650 |
| CP480 | LETTIERI NICOLA | 89.710 |
| CP481 | ALISE GIOVANNA | 109.590 |
| CP487 | ESPOSITO EUGENIA | 12.450 |
| CP489 | DE VIVO NUNZIATA 62 | 22.431 |
| CP498 | FASOLINO DOMENICO SRL UNIPERSONALE | 321.820 |
| CP499 | PAPA RAFFAELE | 64.240 |
| CP501 | MESSINA VINCENZO 43 | 125.556 |
| CP521 | CERRATO LUIGI | 12.890 |
| CP523 | LUCARELLI ANGELO | 576.632 |
| CP525 | OFFICINE LIGUORI SRL UNIPERSONALE | 83.186 |
| CP529 | SIRICA  ANTONIO | 7.080 |
| CP530 | ORZA ROSALIA | 41.090 |
| CP533 | ANNUNZIATA PASQUALINA | 10.310 |
| CP539 | PINTO MICHELE | 5.623 |
| CP544 | MAIORINO MICHELINA | 17.649 |
| CP548 | CHIARIELLO ANNA | 90.840 |
| CP554 | REGA GERARDO | 32.040 |
| CP555 | IERVOLINO MICHELE | 76.240 |
| CP563 | PIGNATELLI GENEROSO | 73.937 |
| CP569 | MILITE GENNARO | 23.050 |
| CP573 | MONTANO ANTONIO | 154.474 |
| CP581 | SANTELLA FRANCESCA | 29.576 |
| CP585 | ESPOSITO MICHELINA 64 | 32.996 |
| CP599 | VITALE ANGELO | 8.170 |
| CP608 | MANCUSO ANIELLO | 56.792 |
| CP610 | PISCOSQUITO ROSARIO | 13.779 |
| CP616 | DE VIVO NUNZIATA 64 | 17.130 |
| CP617 | PAPPACENA FERDINANDO | 14.600 |
| CP619 | MUNGIGUERRA GIACOMO | 141.860 |
| CP631 | PANICO FELICE 63 | 11.350 |
| CP633 | MONDA MICHELE | 29.690 |
| CP640 | SIRICA ANELLA | 21.078 |
| CP643 | PERRETTI ANTONIETTA | 28.808 |

Agroqualità S.p.A. | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| CP644 | SQUITIERI MICHELE | 5.834 |
|---|---|---|
| CP645 | MONTUORI CAMILLO | 11.974 |
| CP646 | COPPOLA FRANCESCO | 48.742 |
| CP651 | RUSSO MARCO | 39.680 |
| CP652 | CALZOLAIO RAFFAELE | 112.060 |
| CP653 | CASTALDO GAETANO | 66.682 |
| CP654 | SOCIETA' AGRICOLA GAIA SRL | 171.740 |
| CP657 | ROSA RAFFAELE | 10.599 |
| CP660 | ESPOSITO GAETANA | 5.560 |
| CP661 | RAINONE MADDALENA | 56.064 |
| CP665 | BUONO FILOMENA | 65.163 |
| CP666 | DE LUCA GIOVANNI | 88.666 |
| CP668 | FRIGENTI ANNA MARIA | 32.256 |
| CP671 | CALZOLAIO ANDREA | 135.689 |
| CP672 | CHIARIELLO GIOVANNI | 36.918 |
| CP673 | MONTANO GIOVANNI 73 | 50.926 |
| CP674 | MONTANO GIOVANNI 77 | 102.774 |
| CP675 | SERAFINO CARMINE | 23.410 |
| CP676 | SIANO ANNA MARIA | 2.937 |
| CP677 | PAPPACENA LUCIA | 8.114 |
| CP688 | VENTURA GIOVANNI | 22.520 |
| CP694 | INGENITO MARIA | 4.413 |
| CP696 | BUONGUSTO ANDREA | 50.665 |
| CP697 | DI MARTINO FIORINA | 11.997 |
| CP703 | VORRARO ANGELO | 146.080 |
| CP706 | MUCA LINDITA | 204.267 |
| CP707 | NUZZO SERGIO | 365.132 |
| CP710 | ESPOSITO ANTONIO 72 | 67.197 |
| CP714 | SIANO GIACOMO | 25.828 |
| CP717 | D'ALIA FRANCESCA | 15.989 |
| CP719 | AURIEMMA VINCENZO | 43.280 |
| CP725 | NOLANO PASQUALE | 872.503 |
| CP727 | PAPPACENA ALBERTO | 67.560 |
| CP731 | CASORIA ANTONIETTA | 21.288 |
| CP734 | ECCELLENZE NOLANE SOC. COOP. AGR. | 9.320 |
| CP736 | RAIMO ANIELLO | 7.974 |
| CP737 | INGINO ELENA | 7.500 |
| CP745 | BARONE CARMELA | 43.310 |
| CP748 | AURIEMMA DOMENICO | 50.891 |
| CP751 | AURIEMMA GIUSEPPE | 28.314 |
| CP752 | GALOTTO AURELIO | 135.830 |
| CP753 | INGENITO GIUSEPPINA | 13.267 |

Agroqualità S.p.A. | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| CP754 | ESPOSITO ANNA MARIA | 4.910 |
|---|---|---|
| CP756 | CORRADO ANGELO | 2.191 |
| CP757 | ARTILLO GIUSEPPE | 55.650 |
| CP766 | ROSA ANNA | 19.293 |
| CP768 | SANTORELLI ANGELINA | 73.544 |
| CP781 | LOMBARDI ANTONIO | 38.230 |
| CP782 | COPPOLA VINCENZO | 59.555 |
| CP783 | NOLANO MARIO | 9.325 |
| CP784 | SOC. AGR L'ORO DELLA TERRA SRL | 86.738 |
| CP787 | GAMBARDELLA GIUSEPPE | 10.770 |
| CP788 | LAGARESE SALVATORE | 8.579 |
| CP789 | DE SENA ANTONO | 44.613 |
| CP790 | VINCIGUERRA ANTONIO | 141.834 |
| CP792 | CRISCI AGNESE | 141.356 |
| CP793 | RAIMO ANTONIO | 20.600 |
| CP795 | ROMANO ANDREA | 61.052 |
| CP796 | CAMPETIELLO FELICETTA | 158.404 |
| CP797 | SQUITTIERI FRANCO | 0 |
| CP799 | FRANZESE PASQUALINA | 15.650 |
| CP800 | CELENTANO STEFANO | 2.460 |
| CP802 | ODIERNA NUNZIATINA | 78.202 |
| CP803 | MONTORO DARIO | 41.450 |
| CP809 | REA VINCENZO | 37.425 |
| CP810 | GRIMALDI FILOMENA | 45.760 |
| CP811 | AZ.AGR. IL DUCA | 20.208 |
| CP813 | AZ.AGR.BIO DAFNE | 7.640 |
| CP814 | FERRARA VINCENZO | 12.891 |
| CP815 | LA GUARDA ALFONSO | 37.656 |
| CP816 | SANTONICOLA GIANFRANCO | 42.767 |
| CP817 | ARENA MARCO | 37.528 |
| CP821 | CRESCENZI PATRIZIA | 19.342 |
| CP823 | SPOSITO ANGELO | 112.865 |
| CP824 | D'AMBROSIO VALERIA | 55.194 |
| CP827 | ADAMO VINCENZO | 10.575 |
| CP828 | AGRO CICALESE SOC.AGR. SRL | 79.895 |
| CP831 | NAPPO CARMINE | 46.707 |
| CP832 | CALIENDO LUIGI | 93.933 |
| CP833 | IL SOLE DEL VESUVIO | 3.000 |
| CP836 | ROSA ANTONIO | 14.389 |
| CP837 | CRESCENZO ANNA | 12.840 |

Agroqualità S.p.A. | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



**INTERMEDIARI**

| COD | AZIENDA | Kg movimentati |
|---|---|---|
| CI002 | FASOLINO DOMENICO SRL | 477.940 |
| CI003 | Coop. Ort. SANTA MARIA DELLE GRAZIE a r. | 1.004.819 |
| CI005 | COOPERATIVA SOLANIA SOC. COOP | 889.560 |
| CI006 | DANI COOP. SOC. COOP. AGR. | 676.206 |
| CI013 | AGRIGENUS Soc. Coop. Agr. | 364.831 |
| CI014 | SOC. COOP. AGR. POMAR | 96.988 |
| CI017 | COOP. San Vincenzo a r.l. | 586.721 |
| CI027 | TIERRE SOC. COOP. AGR ARL | 590.410 |
| CI028 | Soc. Coop. La San Marco | 144.000 |
| CI031 | COOPERATIVA AGRICOLA LA COSTA | 146.405 |
| CI032 | AGRIVERDE soc. Coop. Agr. | 85.420 |
| CI033 | RAS SRL | 199.970 |
| CI034 | L'AVVENIRE SOC. COOP. A R.L. | 1.165.890 |
| CI036 | ECCELLENZE NOLANE SOC. COOP. AGR. | 132.640 |
| CI037 | ICAB SPA | 393.410 |
| CI038 | NOVAGRI SOC. COOP. AGR | 138.280 |
| CI018 | EUROAGRI SOC. COOP. AGR. | 498.488 |
| CI042 | La Emilia Soc. Coop. Agr | 1.904.629 |
| | SINGOLO | 363.346 |

**TRASFORMATORI**

| COD | AZIENDA | Kg materia prima utilizzata | Kg netto Prodotto finito |
|---|---|---|---|
| CT002 | F.LLI D'ACUNZI s.r.l. | 310.988 | 205.203 |
| CT004 | CONSERVE MARRAZZO CARMINE s.r.l. | 477.493 | 367.200 |
| CT005 | AGRICONSERVE REGA SOC. COOP. AGR. | 1.173.445 | 848.160 |
| CT007 | POMILIA SPA | 41.192 | 18.745 |
| CT013 | CONSERVE MANFUSO s.r.l. | 473.454 | 356.470 |
| CT015 | FEGER di Gerardo Ferraioli s.p.a. | 943.163 | 619.287 |
| CT016 | ALFONSO SELLITTO | 76.900 | 60.849 |
| CT023 | LA FORMICA s.r.l. | 713.090 | 410.636 |
| CT035 | GUSTO s.r.l. | 3.805 | 3.653 |
| CT036 | COOPERATIVA SOLANIA SOC. COOP | 141.307 | 101.144 |
| CT037 | F.P.D. s.r.l. | 540.826 | 373.171 |
| CT039 | FUTURAGRO SOC. COOP. AGR. A.R.L. | 573.335 | 300.609 |
| CT041 | Cav. Uff. Pietro Grimaldi S.r.l. | 544.961 | 290.907 |
| CT042 | COMMERCIALE EXPORT S.R.L. | 1.176.528 | 802.211 |
| CT048 | CALISPA S.p.A. | 472.171 | 344.701 |

Agroqualità S.p.A. | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| CT051 | LA TORRENTE s.r.l. | 116.905 | 78.511 |
| CT053 | ITALORTO FINE FOOD S.R.L. | 758.010 | 535.092 |
| CT058 | COMPAGNIA MERCANTILE D'OLTREMARE SRL | 621.913 | 436.496 |
| CT064 | MAROTTA EMILIO | 174.290 | 125.360 |
| CT065 | BIOAGRIWORD SRL UNIN. | 364.831 | 201.243 |

**LOTTI CERTIFICATI**

| F.LLI D'ACUNZI s.r.l. | | |
|---|---|---|
| COD.    lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A215 | 3000 | 23.936 |
| A222 | 3000 | 20.234 |
| A235 | 3000 | 3.525 |
| A235 | 500 | 66.110 |
| A237 | 3000 | 13.577 |
| A244 | 3000 | 3.569 |
| A254 | 3000 | 3.202 |

| CONSERVE MARRAZZO CARMINE s.r.l. | | |
|---|---|---|
| COD.    lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A215 | 1000 | 49.185 |
| A222 | 3000 | 35.185 |
| A222 | 1000 | 59.985 |
| A223 | 500 | 18.185 |
| A223 | 1000 | 98.185 |
| A225 | Vetro ml 580 | 41.785 |
| A225 | 1000 | 20.185 |
| A233 | 1000 | 54.985 |
| A236 | 1000 | 23.785 |

| AGRICONSERVE REGA SOC. COOP. AGR. | | |
|---|---|---|
| COD.    lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A216 | 1000 | 175.017 |
| A220 | 1000 | 217.917 |
| A223 | 3000 | 54.705 |
| A234 | 3000 | 23.601 |
| A237 | 3400 | 17.905 |
| A243 | 500 | 6.897 |
| A243 | 1000 | 11.997 |
| A243 | 3000 | 4.017 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| | | |
|---|---|---|
| A258 | 500 | 51.825 |

| POMILIA SPA | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A211 | 500 | 19.569 |
| A211 | 1000 | 12.933 |

| CONSERVE MANFUSO s.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A213 | 3000 | 109.088 |
| A217 | 3000 | 149.847 |
| A224 | 3000 | 123.896 |
| A230 | 3000 | 90.563 |

| FEGER di Gerardo Ferraioli s.p.a. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A213 | 500 | 178.570 |
| A214 | 500 | 100.484 |
| A216 | 500 | 288.641 |
| A218 | 500 | 130.087 |
| A219 | 500 | 68.065 |
| A221 | 500 | 189.201 |
| A223 | 500 | 159.217 |
| A225 | 500 | 60.405 |
| A229 | 500 | 100.484 |
| A230 | 500 | 66.737 |
| A234 | 500 | 96.177 |
| A237 | 500 | 57.071 |

| ALFONSO SELLITTO | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A230 | 1000 | 18.605 |
| A230 | 3000 | 9.329 |
| A242 | 3000 | 8.625 |

| LA FORMICA s.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| | | |
|---|---|---|
| A213* | 500 | 38.001 |
| A213* | 3.000 | 5.345 |
| A216* | 500 | 44.337 |
| A216* | 3.000 | 6.485 |
| A220 | 1.000 | 25.409 |
| A220* | 3.000 | 22.513 |
| A223 | 1.000 | 27.441 |
| A223* | 3.000 | 12.785 |
| A226 | 1.000 | 65.193 |
| A226* | 500 | 41.169 |
| A230* | 500 | 91.857 |
| A234* | 500 | 98.193 |
| A237 | 1.000 | 22.293 |
| A243 | 1.000 | 30.873 |
| A249 | 1.000 | 25.725 |

- Prodotto in conto lavorazione per I.C.A.B

| GUSTO s.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| Lotto 02/2018 | 550 | 1.683 |
| Lotto 01/2018 | 1000 vetro in salsa | 795 |
| Lotto 01/2018 | 1000 vetro | 2.111 |

| COOPERATIVA SOLANIA SOC. COOP | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A212 | 1000 | 20.265 |
| A213 | 3000 | 22.513 |
| A214 | 1000 | 31.185 |

| F.P.D. s.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A222 | 1000 | 24.656 |
| A222 | 3000 | 10.195 |
| A223 | 500 | 9.415 |
| A223 | 1000 | 24.835 |
| A223 | 3000 | 10.564 |
| A225 | 1000 | 35.681 |
| A225 | 3000 | 5.720 |

Agroqualità S.p.A. | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| A226 | 1000 | 33.958 |
|------|------|--------|
| A226 | 3000 | 5.295 |
| A230 | 500 | 32.350 |
| A230 | 3000 | 4.643 |
| A232 | 500 | 52.917 |
| A232 | 3000 | 2.594 |
| A234 | 1000 | 7.974 |
| A234 | 3000 | 3.441 |
| A236 | 500 | 20.208 |
| A236 | 1000 | 21.705 |
| A236 | 3000 | 5.067 |
| A241 | 500 | 10.680 |
| A241 | 1000 | 11.775 |
| A241 | 3000 | 3.052 |
| A244 | 500 | 10.838 |
| A244 | 1000 | 6.909 |
| A244 | 3000 | 971 |
| A251 | 1000 | 12.641 |
| A251 | 3000 | 2.644 |
| A255 | 1000 | 16.521 |
| A255 | 3000 | 3.057 |
| A258 | 500 | 14.592 |
| A258 | 3000 | 948 |

| FUTURAGRO SOC. COOP. AGR. A.R.L. | | |
|----------------------------------|-------------|----------------------------|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A214 | 3000 | 11.945 |
| A215 | 3000 | 10.737 |
| A220 | 3000 | 10.865 |
| A221 | 3000 | 20.721 |
| A230 | 3000 | 14.983 |
| A233 | 500 | 43.633 |
| A234 | 3000 | 21.705 |
| A237 | 500 | 26.845 |
| A247 | 3000 | 5.609 |
| A251 | 500 | 16.651 |
| A251 | 580 | 1.849 |
| A271 | 3000 | 5.761 |
| A271 | 500 | 12.657 |
| A271 | 580 | 885 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| Cav. Uff. Pietro Grimaldi S.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A213 | 500 | 128.625 |
| A216 | 500 | 83.505 |
| A219 | 500 | 72.945 |
| A220 | 500 | 109.905 |
| A220 | 1000 | 25.425 |
| A220 | 3000 | 3.465 |
| A234 | 500 | 61.425 |
| A236 | 500 | 17.265 |
| A236 | 3000 | 4.665 |
| A240 | 500 | 9.105 |
| A243 | 500 | 33.585 |
| A245 | 500 | 18.705 |
| A248 | 500 | 38.865 |
| A256 | 3000 | 3.285 |

| COMMERCIALE EXPORT S.R.L. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A213 | 1000 | 17.753 |
| A213 | 3000 | 12.980 |
| A215 | 500 | 125.163 |
| A215 | 3000 | 14.984 |
| A216 | 3000 | 18.628 |
| A219 | 3000 | 16.166 |
| A221 | 3000 | 19.510 |
| A222 | 3000 | 11.650 |
| A223 | 3000 | 10.571 |
| A226 | 500 | 175.098 |
| A226 | 3000 | 7.195 |
| A230 | 500 | 179.143 |
| A230 | 3000 | 11.831 |
| A232 | 500 | 43.158 |
| A232 | 3000 | 1.721 |
| A233 | 500 | 71.016 |
| A233 | 3000 | 961 |
| A235 | 500 | 50.650 |
| A235 | 3000 | 3.526 |
| A237 | 1000 | 51.388 |
| A237 | 3000 | 9.839 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| A240 | 1000 | 31.753 |
|---|---|---|
| A244 | 500 | 23.437 |
| A251 | 500 | 76.221 |
| A258 | 500 | 73.144 |
| A267 | 500 | 65.525 |

| CALISPA S.p.A. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A217 | 500 | 129.674 |
| A220 | 500 | 155.505 |
| A224 | 500 | 149.041 |
| A231 | 1000 | 23.385 |
| A231 | 3000 | 16.881 |
| A234 | 500 | 65.649 |
| A234 | 1000 | 41.663 |
| A237 | 500 | 107.121 |

| LA TORRENTE s.r.l. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A213 | 3000 | 3.457 |
| A215 | 3000 | 4.281 |
| A223 | 3000 | 5.105 |
| A224 | 3000 | 5.159 |
| A231 | 3000 | 7.158 |
| A237 | 3000 | 4.573 |

| ITALORTO FINE FOOD S.R.L. | | |
|---|---|---|
| COD.   lotto | FORMATO (g) | NUMERO TOTALE (Pezzi ) |
| A218 | 3000 | 71.665 |
| A220 | 3000 | 66.545 |
| A225 | 3000 | 68.081 |

| COMPAGNIA MERCANTILE D'OLTREMARE SRL | | |
|---|---|---|
| COD.   lotto | FORMATO ( g ) | NUMERO TOTALE (Pezzi ) |
| A216 | 3000 | 22.448 |
| A217 | 3000 | 11.633 |
| A219 | 3000 | 22.111 |
| A221 | 3000 | 18.689 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it



| | | |
|---|---|---|
| A224 | 3000 | 15.779 |
| A228 | 3000 | 14.261 |
| A231 | 3000 | 16.003 |
| A235 | 3000 | 18.334 |
| A238 | 3000 | 13.390 |
| A249 | 3000 | 17.713 |

| MAROTTA EMILIO | | |
|---|---|---|
| COD.   lotto | FORMATO ( g ) | NUMERO TOTALE (Pezzi ) |
| A220 | 3000 | 21.489 |
| A223 | 3000 | 18.417 |
| A226 | 3000 | 8.977 |

| BIOAGRIWORD SRL UNIN. | | |
|---|---|---|
| COD.   lotto | FORMATO ( g ) | NUMERO TOTALE (Pezzi ) |
| A235 | 3000 | 13.902 |
| A235 | 500 | 12.403 |
| A236 | 1000 | 43.944 |
| A237 | 1000 | 40.502 |
| A239 | 1000 | 39.549 |
| A240 | 1000 | 35.328 |
| A241 | 1000 | 15.341 |
| A262 | 500 | 36.059 |

**Agroqualità S.p.A.** | Viale Cesare Pavese, 305 - 00144 Roma | P. +39 06 54228675 | www.agroqualita.it | agroqualita@agroqualita.it
C.F. / P. IVA / R.I. Roma N. 05053521000 | Cap. Soc. € 1.856.191,41 i.v.
Sede di Napoli | Via Fiumicello, 7 - 80142 Napoli | P. +39 081 6907778 - +39 081 6907780 | Fax: +39 010 5351145 |
mail: napoliagro@agroqualita.it | pec agro.officena@legalmail.it