# EXHIBIT D

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | | | | LUGLIO 2018 | | | | | | | |
| 19/07/18 | 200 | 77 | | | 120.100 | | | | | | |
| | | 1 | 25720 | | | | | | | | SCHIAVONE S. |
| | | 2 | 26110 | | | | | | | | SCHIAVONE S. |
| | | 3 | 22756 | | | | | | | | SCHIAVONE S. |
| | | 4 | 25833 | | | | | | | | SCHIAVONE S. |
| | | 5 | 24485 | | | | | | | | SCHIAVONE S. |
| | | | 124904 | | | | | 124904 | | | |
| 20/07/18 | 201 | 87 | | | 135.900 | | | | | | |
| | | 6 | 25863 | | | | | | | | SCHIAVONE S. |
| | | 7 | 26810 | | | | | | | | SCHIAVONE S. |
| | | 8 | 20866 | | | | | | | | SCHIAVONE S. |
| | | 9 | 19356 | | | | | | | | SCHIAVONE S. |
| | | 10 | 15432 | | | | | | | | SCHIAVONE S. |
| | | 11 | 15210 | | | | | | | | SCHIAVONE S. |
| | | 12 | 17799 | | | | | | | | SCHIAVONE S. |
| | | | 141336 | | | | | 141.336 | | | |
| 21/07/18 | 202 | 88 | | | 137.100 | | | | | | |
| | | 13 | 26130 | | | | | | | | SCHIAVONE S. |
| | | 14 | 25120 | | | | | | | | SCHIAVONE S. |
| | | 15 | 25992 | | | | | | | | SCHIAVONE S. |
| | | 16 | 25386 | | | | | | | | SCHIAVONE S. |
| | | 17 | 25175 | | | | | | | | SCHIAVONE S. |
| | | 18 | 14781 | | | | | | | | SCHIAVONE S. |
| | | | 142584 | | | | | 142.584 | | | |
| 22/07/18 | 203 | 88 | | | 136.900 | | | | | | |
| | | 19 | 26311 | | | | | | | | SCHIAVONE S. |
| | | 20 | 25513 | | | | | | | | SCHIAVONE S. |
| | | 21 | 19852 | | | | | | | | SCHIAVONE S. |
| | | 22 | 16452 | | | | | | | | SCHIAVONE S. |
| | | 23 | 17523 | | | | | | | | SCHIAVONE S. |
| | | 24 | 10232 | | | | | | | | SCHIAVONE S. |
| | | 25 | 12444 | | | | | | | | SCHIAVONE S. |
| | | 26 | 9825 | | | | | | | | SCHIAVONE S. |
| | | 27 | 10145 | | | | | | | | SCHIAVONE S. |
| | | | 148297 | | | | | 148.297 | | | |
| 23/07/18 | 204 | 91 | | | 142.500 | | | | | | |
| | | 28 | 25246 | | | | | | | | SCHIAVONE S. |
| | | 29 | 22108 | | | | | | | | SCHIAVONE S. |
| | | 30 | 25038 | | | | | | | | SCHIAVONE S. |
| | | 31 | 19511 | | | | | | | | SCHIAVONE S. |
| | | 32 | 25874 | | | | | | | | SCHIAVONE S. |
| | | 33 | 25874 | | | | | | | | SCHIAVONE S. |
| | | | 143651 | | | | | 143.651 | | | |

COOPERATIVA SOLANIA scrl AGRICERT
2018

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| 24/07/18 | 205 | 95 | | | 148.700 | | | | | | |
| | | 34 | 27978 | | | | | | | | SCHIAVONE S. |
| | | 35 | 27852 | | | | | | | | SCHIAVONE S. |
| | | 36 | 27566 | | | | | | | | SCHIAVONE S. |
| | | 37 | 20624 | | | | | | | | SCHIAVONE S. |
| | | 38 | 15458 | | | | | | | | SCHIAVONE S. |
| | | 39 | 20154 | | | | | | | | SCHIAVONE S. |
| | | 40 | 15016 | | | | | | | | SCHIAVONE S. |
| | | | 154648 | | | | | 154.648 | | | |
| 25/07/18 | 206 | 63 | | | 98.400 | | | | | | |
| | | 41 | 25513 | | | | | | | | COOP LA S. MARCO |
| | | 42 | 10452 | | | | | | | | COOP LA S. MARCO |
| | | 43 | 5425 | | | | | | | | COOP LA S. MARCO |
| | | 44 | 6542 | | | | | | | | COOP LA S. MARCO |
| | | 45 | 5170 | | | | | | | | COOP LA S. MARCO |
| | | 46 | 7380 | | | | | | | | COOP LA S. MARCO |
| | | 47 | 11452 | | | | | | | | COOP LA S. MARCO |
| | | 48 | 5874 | | | | | | | | COOP LA S. MARCO |
| | | 49 | 10528 | | | | | | | | COOP LA S. MARCO |
| | | 50 | 14000 | | | | | | | | COOP LA S. MARCO |
| | | | 102336 | | | | | 102.336 | | | |
| 26/07/18 | 207 | 67 | | | 105.000 | | | | | | |
| | | 51 | 26970 | | | | | | | | COOP LA S. MARCO |
| | | 52 | 26130 | | | | | | | | COOP LA S. MARCO |
| | | 53 | 20130 | | | | | | | | COOP LA S. MARCO |
| | | 54 | 15485 | | | | | | | | COOP LA S. MARCO |
| | | 55 | 20485 | | | | | | | | COOP LA S. MARCO |
| | | | 109200 | | | | | 109.200 | | | |
| 27/07/18 | 208 | 71 | | | 110.200 | | | | | | |
| | | 56 | 25830 | | | | | | | | COOP L'AVVENIRE |
| | | 57 | 20100 | | | | | | | | COOP L'AVVENIRE |
| | | 58 | 20130 | | | | | | | | COOP L'AVVENIRE |
| | | 59 | 20100 | | | | | | | | COOP L'AVVENIRE |
| | | 60 | 15487 | | | | | | | | COOP L'AVVENIRE |
| | | 61 | 12961 | | | | | | | | COOP L'AVVENIRE |
| | | | 114608 | | | | | 114.608 | | | |
| 30/07/18 | 211 | 77 | | | 120.000 | | | | | | |
| | | 62 | 25880 | | | | | | | | SCHIAVONE S. |
| | | 63 | 20111 | | | | | | | | SCHIAVONE S. |
| | | 64 | 20156 | | | | | | | | SCHIAVONE S. |
| | | 65 | 21456 | | | | | | | | SCHIAVONE S. |
| | | 66 | 15320 | | | | | | | | SCHIAVONE S. |
| | | 67 | 20917 | | | | | | | | SCHIAVONE S. |
| | | | 123840 | | | | | 123.840 | | | |

# COOPERATIVA SOLANIA scrl AGRICERT
## 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| 31/07/18 | 212 | 77 | | | 119.800 | | | | | | |
| | | 68 | 20925 | | | | | | | | SOC AGR FLLI PAPA |
| | | 69 | 21600 | | | | | | | | SOC AGR FLLI PAPA |
| | | 70 | 20750 | | | | | | | | SOC AGR FLLI PAPA |
| | | 71 | 22300 | | | | | | | | SOC AGR FLLI PAPA |
| | | 72 | 24100 | | | | | | | | SOC AGR FLLI PAPA |
| | | 73 | 15825 | | | | | | | | SOC AGR FLLI PAPA |
| | | | 125500 | | | | | 125.500 | | | |
| Totale | | | | | 1.374.600 | 0 | 0 | 1.430.904 | | | |
| | | | | AGOSTO 2018 | | | | | | | |
| 01/08/18 | 213 | 78 | | | 121.100 | | | | | | |
| | | 74 | 18.130 | | | | | | | | LENZA ANTONIO |
| | | 75 | 15.560 | | | | | | | | RAINONE MADDALENA |
| | | 76 | 24.400 | | | | | | | | RAINONE MADDALENA |
| | | 77 | 23.900 | | | | | | | | RAINONE MADDALENA |
| | | 78 | 20.150 | | | | | | | | COOP L'AVVENIRE |
| | | 79 | 21.200 | | | | | | | | COOP L'AVVENIRE |
| | | 80 | 3.573 | | | | | | | | DI MARTINO FIORINA |
| | | | 126.913 | | | | | 126.913 | | | |
| 02/08/18 | 214 | 84 | | | 130.500 | | | | | | |
| | | 81 | 13.676 | | | | | | | | CRESCENZI PATRIZIA |
| | | 82 | 18.560 | | | | | | | | SOC AGR FLLI PAPA |
| | | 83 | 11.723 | | | | | | | | LENZA ANTONIO |
| | | 84 | 12.014 | | | | | | | | CRESCENZI PATRIZIA |
| | | 85 | 12.120 | | | | | | | | SCHIAVONE S. |
| | | 86 | 11.144 | | | | | | | | CORRADO G |
| | | 87 | 18.730 | | | | | | | | ROSA ANTONIO |
| | | 88 | 19.600 | | | | | | | | RAINONE A |
| | | 89 | 12.051 | | | | | | | | NAPOLETANO G. |
| | | 90 | 7.147 | | | | | | | | CORRADO G |
| | | | 136.765 | | | | | 136.765 | | | |
| 03/08/18 | 215 | 87 | | | 135.500 | | | | | | |
| | | 91 | 8.530 | | | | | | | | COOP L'AVVENIRE |
| | | 92 | 5.155 | | | | | | | | COOP L'AVVENIRE |
| | | 93 | 7.588 | | | | | | | | COOP L'AVVENIRE |
| | | 94 | 20.156 | | | | | | | | COOP L'AVVENIRE |
| | | 95 | 9.872 | | | | | | | | COOP L'AVVENIRE |
| | | 96 | 9.650 | | | | | | | | COOP L'AVVENIRE |
| | | 97 | 15.718 | | | | | | | | COOP L'AVVENIRE |
| | | 98 | 17.265 | | | | | | | | COOP L'AVVENIRE |
| | | 99 | 20.156 | | | | | | | | COOP L'AVVENIRE |
| | | 100 | 25.746 | | | | | | | | COOP L'AVVENIRE |
| | | | 139.836 | | | | | 139.836 | | | |
| 04/08/18 | 216 | 84 | | | 130.900 | | | | | | |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 101 | | 20.147 | | | | | | | | COOP L'AVVENIRE |
| | 102 | | 23.569 | | | | | | | | COOP L'AVVENIRE |
| | 103 | | 15.489 | | | | | | | | COOP L'AVVENIRE |
| | 104 | | 8.700 | | | | | | | | LENZA A. |
| | 105 | | 8.811 | | | | | | | | LENZA A. |
| | 106 | | 10.512 | | | | | | | | LENZA A. |
| | 107 | | 7.896 | | | | | | | | LENZA A. |
| | 108 | | 7.963 | | | | | | | | MONTUORI L. |
| | 109 | | 15.478 | | | | | | | | SOC AGR FLLI PAPA |
| | 110 | | 17.571 | | | | | | | | SOC AGR FLLI PAPA |
| | | | 136.136 | | | | | 136.136 | | | |
| 05/08/18 | 217 | 85 | | | 132.400 | | | | | | |
| | 111 | | 14.789 | | | | | | | | BUONGUSTO A. |
| | 112 | | 9.875 | | | | | | | | BUONGUSTO A. |
| | 113 | | 5.896 | | | | | | | | ROSA A. |
| | 114 | | 10.236 | | | | | | | | ROSA A. |
| | 115 | | 10.258 | | | | | | | | NAPOLETANO G. |
| | 116 | | 12.896 | | | | | | | | NAPOLETANO G. |
| | 117 | | 9.852 | | | | | | | | NAPOLETANO G. |
| | 118 | | 20.158 | | | | | | | | SCHIAVONE S. |
| | 119 | | 9.588 | | | | | | | | NAPOLETANO G. |
| | 120 | | 5.877 | | | | | | | | NAPOLETANO G. |
| | 121 | | 15.478 | | | | | | | | NAPOLETANO G. |
| | 122 | | 12.789 | | | | | | | | BUONGUSTO A. |
| | | | 137.692 | | | | | 137.692 | | | |
| 06/08/18 | 218 | 86 | | | 133.600 | | | | | | |
| | 123 | | 20.145 | | | | | | | | COOP L'AVVENIRE |
| | 124 | | 15.879 | | | | | | | | COOP L'AVVENIRE |
| | 125 | | 10.458 | | | | | | | | COOP L'AVVENIRE |
| | 126 | | 6.987 | | | | | | | | COOP L'AVVENIRE |
| | 127 | | 4.589 | | | | | | | | COOP L'AVVENIRE |
| | 128 | | 9.852 | | | | | | | | COOP L'AVVENIRE |
| | 129 | | 8.569 | | | | | | | | COOP L'AVVENIRE |
| | 130 | | 10.258 | | | | | | | | COOP L'AVVENIRE |
| | 131 | | 5.487 | | | | | | | | COOP L'AVVENIRE |
| | 132 | | 9.055 | | | | | | | | COOP L'AVVENIRE |
| | 133 | | 23.258 | | | | | | | | COOP L'AVVENIRE |
| | 134 | | 22.409 | | | | | | | | COOP L'AVVENIRE |
| | | | 146.946 | | | | | 146.946 | | | |
| 07/08/18 | 219 | 85 | | | 131.900 | | | | | | |
| | 135 | | 15.857 | | | | | | | | COOP L'AVVENIRE |
| | 136 | | 16.586 | | | | | | | | COOP L'AVVENIRE |
| | 137 | | 15.725 | | | | | | | | COOP L'AVVENIRE |
| | 138 | | 15.852 | | | | | | | | COOP L'AVVENIRE |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 139 | | 27.122 | | | | | | | | COOP L'AVVENIRE |
| | 140 | | 10.850 | | | | | | | | COOP L'AVVENIRE |
| | 141 | | 5.830 | | | | | | | | COOP L'AVVENIRE |
| | 142 | | 15.030 | | | | | | | | COOP L'AVVENIRE |
| | 143 | | 15.379 | | | | | | | | COOP L'AVVENIRE |
| | | | 138.231 | | | | | 138.231 | | | |
| 08/08/18 | 220 | 89 | | | 139.200 | | | | | | |
| | 144 | | 9.858 | | | | | | | | BUONGUSTO A. |
| | 145 | | 10.158 | | | | | | | | COOP L'AVVENIRE |
| | 146 | | 12.827 | | | | | | | | COOP L'AVVENIRE |
| | 147 | | 11.986 | | | | | | | | NAPOLETANO G |
| | 148 | | 15.111 | | | | | | | | PETRONI A. |
| | 149 | | 20.300 | | | | | | | | PETRONI A. |
| | 150 | | 22.510 | | | | | | | | NAPOLETANO G |
| | 151 | | 6.818 | | | | | | | | NAPOLETANO G |
| | 152 | | 5.830 | | | | | | | | RAINONE A |
| | 153 | | 4.910 | | | | | | | | BUONO F |
| | 154 | | 12.230 | | | | | | | | BUONO F |
| | 155 | | 12.230 | | | | | | | | BUONO F |
| | | | 144.768 | | | | | 144.768 | | | |
| 09/08/18 | 221 | 89 | | | 139.500 | | | | | | |
| | 156 | | 13.290 | | | | | | | | RAINONE A |
| | 157 | | 20.122 | | | | | | | | COOP L'AVVENIRE |
| | 158 | | 10.122 | | | | | | | | BUONGUSTO A. |
| | 159 | | 21.060 | | | | | | | | SCHIAVONE S |
| | 160 | | 12.700 | | | | | | | | PETRONI A |
| | 161 | | 16.122 | | | | | | | | PETRONI A |
| | 162 | | 17.500 | | | | | | | | QUATRANO F |
| | 163 | | 9.760 | | | | | | | | NAPOLETANO G |
| | 164 | | 10.300 | | | | | | | | NAPOLETANO G |
| | 165 | | 11.520 | | | | | | | | NAPOLETANO G |
| | 166 | | 3.700 | | | | | | | | NAPOLETANO G |
| | | | 146.196 | | | | | 146.196 | | | |
| 10/08/18 | 222 | 87 | | | 135.900 | | | | | | |
| | 167 | | 23.550 | | | | | | | | QUATRANO F |
| | 168 | | 24.520 | | | | | | | | QUATRANO F |
| | 169 | | 21.300 | | | | | | | | PETRONI A |
| | 170 | | 24.300 | | | | | | | | COOP L'AVVENIRE |
| | 171 | | 23.833 | | | | | | | | COOP L'AVVENIRE |
| | 172 | | 23.833 | | | | | | | | COOP LA S MARCO |
| | | | 141.336 | | | | | 141.336 | | | |
| 11/08/18 | 223 | 88 | | | 137.200 | | | | | | |
| | 173 | | 24.000 | | | | | | | | COOP LA S MARCO |
| | 174 | | 25.788 | | | | | | | | SQUITIERI F |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 175 | | 21.200 | | | | | | | | COOP L'AVVENIRE |
| | 176 | | 25.412 | | | | | | | | SCHIAVONE S. |
| | 177 | | 15.256 | | | | | | | | RAINONE M. |
| | 178 | | 23.144 | | | | | | | | COOP LA S. MARCO |
| | 179 | | 18.969 | | | | | | | | COOP LA S. MARCO |
| | | | *153.769* | | | | | 153.769 | | | |
| 12/08/18 | 224 | 86 | | | 133.500 | | | | | | |
| | 180 | | 22.300 | | | | | | | | COOP LA S. MARCO |
| | 181 | | 18.600 | | | | | | | | COOP LA S. MARCO |
| | 182 | | 14.550 | | | | | | | | COOP LA S. MARCO |
| | 183 | | 25.272 | | | | | | | | COOP LA S. MARCO |
| | 184 | | 18.750 | | | | | | | | COOP L'AVVENIRE |
| | 185 | | 22.870 | | | | | | | | COOP L'AVVENIRE |
| | 186 | | 17.566 | | | | | | | | COOP L'AVVENIRE |
| | | | *139.908* | | | | | 139.908 | | | |
| 13/08/18 | 225 | 90 | | | 140.200 | | | | | | |
| | 187 | | 21.500 | | | | | | | | COOP L'AVVENIRE |
| | 188 | | 16.388 | | | | | | | | COOP L'AVVENIRE |
| | 189 | | 19.042 | | | | | | | | COOP L'AVVENIRE |
| | 190 | | 21.300 | | | | | | | | COOP L'AVVENIRE |
| | 191 | | 18.120 | | | | | | | | COOP L'AVVENIRE |
| | 192 | | 24.300 | | | | | | | | COOP L'AVVENIRE |
| | 193 | | 26.280 | | | | | | | | COOP L'AVVENIRE |
| | | | *146.930* | | | | | 146.930 | | | |
| 14/08/18 | 226 | 91 | | | 142.100 | | | | | | |
| | 194 | | 18.600 | | | | | | | | COOP LA S MARCO |
| | 195 | | 24.876 | | | | | | | | COOP LA S MARCO |
| | 196 | | 26.712 | | | | | | | | COOP LA S MARCO |
| | 197 | | 15.137 | | | | | | | | COOP LA S MARCO |
| | 198 | | 16.506 | | | | | | | | COOP LA S MARCO |
| | 199 | | 17.090 | | | | | | | | SQUITIERI F |
| | 200 | | 19.440 | | | | | | | | SQUITIERI F |
| | 201 | | 10.560 | | | | | | | | SQUITIERI F |
| | | | *148.921* | | | | | 148.921 | | | |
| 16/08/18 | 228 | 90 | | | 140.700 | | | | | | |
| | 202 | | 21.350 | | | | | | | | ROSA R. |
| | 203 | | 19.700 | | | | | | | | ROSA R. |
| | 204 | | 16.404 | | | | | | | | ROSA R. |
| | 205 | | 18.600 | | | | | | | | ROSA A. |
| | 206 | | 21.400 | | | | | | | | PAPA R. |
| | 207 | | 16.300 | | | | | | | | PAPA R. |
| | 208 | | 21.220 | | | | | | | | PAPA R. |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 209 | | 7.200 | | | | | | | | PAPA R. |
| | 210 | | 5.280 | | | | | | | | PAPA R. |
| | | | 147.454 | | | | | 147.454 | | | |
| 17/08/18 | 229 | 90 | | | 141.100 | | | | | | |
| | 211 | | 22.786 | | | | | | | | COOP L'AVVENIRE |
| | 212 | | 25.479 | | | | | | | | COOP L'AVVENIRE |
| | 213 | | 21.759 | | | | | | | | COOP L'AVVENIRE |
| | 214 | | 17.300 | | | | | | | | COOP L'AVVENIRE |
| | 215 | | 22.250 | | | | | | | | COOP L'AVVENIRE |
| | 216 | | 23.450 | | | | | | | | COOP L'AVVENIRE |
| | 217 | | 14.115 | | | | | | | | COOP L'AVVENIRE |
| | | | 147.139 | | | | | 147.139 | | | |
| 18/08/18 | 230 | 90 | | | 140.400 | | | | | | |
| | 218 | | 21.500 | | | | | | | | COOP L'AVVENIRE |
| | 219 | | 19.700 | | | | | | | | COOP L'AVVENIRE |
| | 220 | | 18.550 | | | | | | | | COOP L'AVVENIRE |
| | 221 | | 27.730 | | | | | | | | COOP L'AVVENIRE |
| | 222 | | 21.150 | | | | | | | | COOP L'AVVENIRE |
| | 223 | | 18.780 | | | | | | | | COOP L'AVVENIRE |
| | 224 | | 10.780 | | | | | | | | COOP L'AVVENIRE |
| | 225 | | 8.949 | | | | | | | | COOP L'AVVENIRE |
| | | | 147.139 | | | | | 147.139 | | | |
| 19/08/18 | 231 | 88 | | | 137.800 | | | | | | |
| | 226 | | 21.330 | | | | | | | | COOP L'AVVENIRE |
| | 227 | | 20.150 | | | | | | | | COOP L'AVVENIRE |
| | 228 | | 22.934 | | | | | | | | COOP L'AVVENIRE |
| | 229 | | 17.900 | | | | | | | | COOP L'AVVENIRE |
| | 230 | | 22.100 | | | | | | | | COOP LA EMILIA |
| | 231 | | 21.250 | | | | | | | | COOP LA EMILIA |
| | 232 | | 12.750 | | | | | | | | COOP LA EMILIA |
| | 233 | | 6.000 | | | | | | | | COOP LA EMILIA |
| | | | 144.414 | | | | | 144.414 | | | |
| 20/08/18 | 232 | 51 | | | 80.000 | | | | | | |
| | 234 | | 11.188 | | | | | | | | COOP LA EMILIA |
| | 235 | | 4.300 | | | | | | | | COOP LA EMILIA |
| | 236 | | 5.100 | | | | | | | | COOP LA EMILIA |
| | 237 | | 2.122 | | | | | | | | COOP LA EMILIA |
| | 238 | | 2.018 | | | | | | | | COOP LA EMILIA |
| | 239 | | 9.120 | | | | | | | | COOP LA EMILIA |
| | 240 | | 5.300 | | | | | | | | COOP LA EMILIA |
| | 241 | | 6.720 | | | | | | | | COOP LA EMILIA |
| | 242 | | 6.223 | | | | | | | | COOP LA EMILIA |
| | 243 | | 21.700 | | | | | | | | COOP LA EMILIA |
| | 244 | | 10.057 | | | | | | | | COOP LA EMILIA |

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | | | 83.848 | | | | | 83.848 | | | |
| 21/08/18 | 233 | 87 | | | 135.800 | | | | | | |
| | | | 245 | 22.517 | | | | | | | COOP LA EMILIA |
| | | | 246 | 21.700 | | | | | | | COOP LA EMILIA |
| | | | 247 | 20.500 | | | | | | | COOP LA EMILIA |
| | | | 248 | 21.600 | | | | | | | COOP LA EMILIA |
| | | | 249 | 21.350 | | | | | | | COOP L'AVVENIRE |
| | | | 250 | 22.481 | | | | | | | COOP L'AVVENIRE |
| | | | 251 | 15.000 | | | | | | | COOP L'AVVENIRE |
| | | | 145.148 | | | | | 145.148 | | | |
| 22/08/18 | 234 | 89 | | | 138.500 | | | | | | |
| | | | 252 | 25.426 | | | | | | | COOP L'AVVENIRE |
| | | | 253 | 25.736 | | | | | | | COOP L'AVVENIRE |
| | | | 254 | 13.275 | | | | | | | COOP L'AVVENIRE |
| | | | 255 | 12.886 | | | | | | | COOP L'AVVENIRE |
| | | | 256 | 12.825 | | | | | | | COOP L'AVVENIRE |
| | | | 257 | 26.710 | | | | | | | COOP LA EMILIA |
| | | | 258 | 28.290 | | | | | | | COOP LA EMILIA |
| | | | 145.148 | | | | | 145.148 | | | |
| 23/08/18 | 235 | 88 | | | 136.900 | | | | | | |
| | | | 259 | 23.471 | | | | | | | COOP LA EMILIA |
| | | | 260 | 24.656 | | | | | | | COOP LA EMILIA |
| | | | 261 | 22.470 | | | | | | | COOP LA EMILIA |
| | | | 262 | 18.874 | | | | | | | COOP LA EMILIA |
| | | | 263 | 14.722 | | | | | | | COOP LA EMILIA |
| | | | 264 | 22.278 | | | | | | | COP L'AVVENIRE |
| | | | 265 | 17.000 | | | | | | | COP L'AVVENIRE |
| | | | 143.471 | | | | | 143.471 | | | |
| 24/08/18 | 236 | 89 | | | 138.500 | | | | | | |
| | | | 266 | 22.478 | | | | | | | COOP L'AVVENIRE |
| | | | 267 | 22.670 | | | | | | | COOP L'AVVENIRE |
| | | | 268 | 23.450 | | | | | | | COOP L'AVVENIRE |
| | | | 269 | 16.550 | | | | | | | COOP L'AVVENIRE |
| | | | 270 | 16.550 | | | | | | | COOP L'AVVENIRE |
| | | | 271 | 23.481 | | | | | | | COOP LA EMILIA |
| | | | 272 | 19.969 | | | | | | | COOP LA EMILIA |
| | | | 145.148 | | | | | 145.148 | | | |
| 25/08/18 | 237 | 83 | | | 129.800 | | | | | | |
| | | | 273 | 19.856 | | | | | | | COOP LA EMILIA |
| | | | 274 | 23.822 | | | | | | | COOP LA EMILIA |
| | | | 275 | 15.737 | | | | | | | COOP LA EMILIA |
| | | | 276 | 21.320 | | | | | | | COOP LA EMILIA |
| | | | 277 | 25.066 | | | | | | | COOP LA EMILIA |
| | | | 278 | 25.030 | | | | | | | COOP LA EMILIA |

# COOPERATIVA SOLANIA scrl AGRICERT
## 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | | 279 | 20.145 | | | | | | | | COOP LA EMILIA |
| | | | 150.976 | | | | | 150.976 | | | |
| 27/08/18 | 239 | 85 | | | 132.500 | | | | | | |
| | | 280 | 19.588 | | | | | | | | COOP LA EMILIA |
| | | 281 | 20.588 | | | | | | | | COOP LA EMILIA |
| | | 282 | 21.456 | | | | | | | | COOP LA EMILIA |
| | | 283 | 22.588 | | | | | | | | COOP LA EMILIA |
| | | 284 | 18.966 | | | | | | | | COOP LA EMILIA |
| | | 285 | 15.887 | | | | | | | | COOP L'AVVENIRE |
| | | 286 | 17.856 | | | | | | | | COOP L'AVVENIRE |
| | | | 136.929 | | | | | 136.929 | | | |
| 28/08/18 | 240 | 86 | | | 134.100 | | | | | | |
| | | 287 | 24.156 | | | | | | | | COOP LA EMILIA |
| | | 288 | 22.136 | | | | | | | | COOP LA EMILIA |
| | | 289 | 24.100 | | | | | | | | COOP LA EMILIA |
| | | 290 | 25.100 | | | | | | | | COOP L'AVVENIRE |
| | | 291 | 22.100 | | | | | | | | COOP L'AVVENIRE |
| | | 292 | 20.300 | | | | | | | | COOP L'AVVENIRE |
| | | | 137.892 | | | | | 137.892 | | | |
| 29/08/18 | 241 | 87 | | | 135.100 | | | | | | |
| | | 293 | 19.852 | | | | | | | | COOP LA EMILIA |
| | | 294 | 25.102 | | | | | | | | COOP LA EMILIA |
| | | 295 | 15.877 | | | | | | | | COOP LA EMILIA |
| | | 296 | 24.566 | | | | | | | | COOP LA EMILIA |
| | | 297 | 18.522 | | | | | | | | COOP LA EMILIA |
| | | 298 | 15.487 | | | | | | | | COOP LA EMILIA |
| | | 299 | 21.458 | | | | | | | | COOP LA EMILIA |
| | | | 140.864 | | | | | 140.864 | | | |
| 30/08/18 | 242 | 85 | | | 132.800 | | | | | | |
| | | 300 | 21.100 | | | | | | | | COOP L'AVVENIRE |
| | | 301 | 19.856 | | | | | | | | COOP L'AVVENIRE |
| | | 302 | 20.159 | | | | | | | | COOP L'AVVENIRE |
| | | 303 | 20.156 | | | | | | | | COOP L'AVVENIRE |
| | | 304 | 20.866 | | | | | | | | COOP LA EMILIA |
| | | 305 | 20.123 | | | | | | | | COOP LA EMILIA |
| | | 306 | 6.211 | | | | | | | | COOP LA EMILIA |
| | | 307 | 5.144 | | | | | | | | COOP LA EMILIA |
| | | 308 | 3.395 | | | | | | | | COOP LA EMILIA |
| | | 309 | 7.486 | | | | | | | | COOP LA S MARCO |
| | | | 144.496 | | | | | 144.496 | | | |
| 31/08/18 | 243 | 86 | | | 133.500 | | | | | | |
| | | 310 | 25.566 | | | | | | | | COOP L'AVVENIRE |
| | | 311 | 24.588 | | | | | | | | COOP L'AVVENIRE |

### COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 312 | | 24.877 | | | | | | | | COOP L'AVVENIRE |
| | 313 | | 15.879 | | | | | | | | COOP L'AVVENIRE |
| | 314 | | 24.500 | | | | | | | | COOP L'AVVENIRE |
| | 315 | | 25.060 | | | | | | | | COOP L'AVVENIRE |
| | | | 140.470 | | | | | 140.470 | | | |
| Totale | | | | | 3.871.000 | | | 4.084.883 | | | |

#### SETTEMBRE 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/18 | 244 | 90 | | | 140.200 | | | | | | |
| | 316 | | 25.150 | | | | | | | | COOP L'AVVENIRE |
| | 317 | | 25.810 | | | | | | | | COOP L'AVVENIRE |
| | 318 | | 24.456 | | | | | | | | COOP L'AVVENIRE |
| | 319 | | 24.945 | | | | | | | | COOP L'AVVENIRE |
| | 320 | | 25.130 | | | | | | | | COOP L'AVVENIRE |
| | 321 | | 22.860 | | | | | | | | COOP L'AVVENIRE |
| | | | 148.351 | | | | | 148.351 | | | |
| 02/09/18 | 245 | 89 | | | 139.500 | | | | | | |
| | 322 | | 24.523 | | | | | | | | COOP L'AVVENIRE |
| | 323 | | 24.222 | | | | | | | | COOP L'AVVENIRE |
| | 324 | | 24.500 | | | | | | | | COOP L'AVVENIRE |
| | 325 | | 23.699 | | | | | | | | COOP L'AVVENIRE |
| | 326 | | 22.450 | | | | | | | | COOP L'AVVENIRE |
| | 327 | | 24.721 | | | | | | | | COOP L'AVVENIRE |
| | | | 144.115 | | | | | 144.115 | | | |
| 03/09/18 | 246 | 91 | | | 141.200 | | | | | | |
| | 328 | | 27.100 | | | | | | | | COOP LA EMILIA |
| | 329 | | 25.123 | | | | | | | | COOP LA EMILIA |
| | 330 | | 26.500 | | | | | | | | COOP LA EMILIA |
| | 331 | | 26.415 | | | | | | | | COOP LA EMILIA |
| | 332 | | 26.988 | | | | | | | | COOP LA EMILIA |
| | 332/BIS | | 19.855 | | | | | | | | COOP LA EMILIA |
| | | | 151.981 | | | | | 151.981 | | | |
| 04/09/18 | 247 | 90 | | | 140.200 | | | | | | |
| | 333 | | 25.896 | | | | | | | | COOP LA EMILIA |
| | 334 | | 25.698 | | | | | | | | COOP LA EMILIA |
| | 335 | | 25.455 | | | | | | | | COOP LA EMILIA |
| | 336 | | 26.400 | | | | | | | | COOP LA EMILIA |
| | 337 | | 26.510 | | | | | | | | COOP LA EMILIA |
| | 337/BIS | | 20.144 | | | | | | | | COOP LA EMILIA |
| | | | 150.103 | | | | | 150.103 | | | |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR. 1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | Conferitori |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| 05/09/18 | 248 | 90 | | | 139.800 | | | | | | |
| | | 338 | 26.860 | | | | | | | | COOP L'AVVENIRE |
| | | 339 | 26.013 | | | | | | | | COOP L'AVVENIRE |
| | | 340 | 26.833 | | | | | | | | COOP L'AVVENIRE |
| | | 341 | 26.896 | | | | | | | | COOP L'AVVENIRE |
| | | 342 | 26.852 | | | | | | | | COOP S VINCENZO |
| | | 343 | 21.456 | | | | | | | | COOP S VINCENZO |
| | | | 154.910 | | | | | 154.910 | | | |
| 06/09/18 | 249 | 91 | | | 141.500 | | | | | | |
| | | 344 | 20.860 | | | | | | | | COOP S VINCENZO |
| | | 345 | 20.314 | | | | | | | | COOP S VINCENZO |
| | | 346 | 23.654 | | | | | | | | COOP S VINCENZO |
| | | 347 | 21.566 | | | | | | | | COOP S VINCENZO |
| | | 348 | 20.100 | | | | | | | | COOP S VINCENZO |
| | | 349 | 20.130 | | | | | | | | COOP S VINCENZO |
| | | 350 | 19.987 | | | | | | | | COOP S VINCENZO |
| | | | 146.611 | | | | | 146.611 | | | |
| 07/09/18 | 250 | 90 | | | 140.900 | | | | | | |
| | | 351 | 21.300 | | | | | | | | COOP S VINCENZO |
| | | 352 | 20.121 | | | | | | | | COOP S VINCENZO |
| | | 353 | 24.555 | | | | | | | | COOP S VINCENZO |
| | | 354 | 18.745 | | | | | | | | COOP S VINCENZO |
| | | 355 | 20.080 | | | | | | | | COOP S VINCENZO |
| | | 356 | 24.521 | | | | | | | | COOP S VINCENZO |
| | | 357 | 18.522 | | | | | | | | COOP S VINCENZO |
| | | | 147.844 | | | | | 147.844 | | | |
| 08/09/18 | 251 | 89 | | | 139.500 | | | | | | |
| | | 358 | 20.060 | | | | | | | | COOP LA EMILIA |
| | | 359 | 20.010 | | | | | | | | COOP LA EMILIA |
| | | 360 | 11.555 | | | | | | | | COOP LA EMILIA |
| | | 361 | 20.105 | | | | | | | | COOP LA EMILIA |
| | | 362 | 24.096 | | | | | | | | COOP LA EMILIA |
| | | 363 | 26.877 | | | | | | | | COOP LA EMILIA |
| | | 364 | 22.144 | | | | | | | | COOP LA EMILIA |
| | | | 144.847 | | | | | 144.847 | | | |
| 09/09/18 | 252 | 86 | | | 134.500 | | | | | | |
| | | 365 | 25.103 | | | | | | | | SCHIAVONE S |
| | | 366 | 25.810 | | | | | | | | SCHIAVONE S |
| | | 367 | 25.000 | | | | | | | | SCHIAVONE S |
| | | 368 | 24.102 | | | | | | | | SCHIAVONE S |
| | | 369 | 24.060 | | | | | | | | SCHIAVONE S |
| | | 370 | 17.957 | | | | | | | | SCHIAVONE S |
| | | | 142.032 | | | | | 142.032 | | | |
| 10/09/18 | 253 | 91 | | | 141.200 | | | | | | |

## COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 371 | | 20.510 | | | | | | | | SCHIAVONE S |
| | 372 | | 20.606 | | | | | | | | SCHIAVONE S |
| | 373 | | 20.600 | | | | | | | | SCHIAVONE S |
| | 374 | | 20.317 | | | | | | | | SCHIAVONE S |
| | 375 | | 19.966 | | | | | | | | SCHIAVONE S |
| | 376 | | 20.000 | | | | | | | | SCHIAVONE S |
| | 377 | | 27.108 | | | | | | | | SCHIAVONE S |
| | | | 149.107 | | | | | 149.107 | | | |
| 11/09/18 | 254 | 92 | | | 143.500 | | | | | | |
| | 378 | | 11.833 | | | | | | | | SCHIAVONE S |
| | 379 | | 22.373 | | | | | | | | SCHIAVONE S |
| | 380 | | 22.130 | | | | | | | | COOP S VINCENZO |
| | 381 | | 20.170 | | | | | | | | COOP S VINCENZO |
| | 382 | | 15.100 | | | | | | | | COOP S VINCENZO |
| | 383 | | 10.570 | | | | | | | | COOP S VINCENZO |
| | 384 | | 16.746 | | | | | | | | COOP S VINCENZO |
| | 385 | | 16.100 | | | | | | | | COOP S VINCENZO |
| | 386 | | 16.514 | | | | | | | | |
| | | | 151.536 | | | | | 151.536 | | | |
| 12/09/18 | 255 | 91 | | | 142.100 | | | | | | |
| | 387 | | 26.588 | | | | | | | | COOP S VINCENZO |
| | 388 | | 17.680 | | | | | | | | COOP S VINCENZO |
| | 389 | | 20.150 | | | | | | | | COOP S VINCENZO |
| | 390 | | 20.248 | | | | | | | | COOP S VINCENZO |
| | 391 | | 20.033 | | | | | | | | COOP S VINCENZO |
| | 392 | | 24.011 | | | | | | | | COOP S VINCENZO |
| | 393 | | 21.517 | | | | | | | | COOP S VINCENZO |
| | | | 150.227 | | | | | 150.227 | | | |
| 13/09/18 | 256 | 91 | | | 141.900 | | | | | | |
| | 394 | | 16.500 | | | | | | | | COOP S VINCENZO |
| | 395 | | 18.100 | | | | | | | | COOP S VINCENZO |
| | 396 | | 12.122 | | | | | | | | COOP S VINCENZO |
| | 397 | | 16.988 | | | | | | | | COOP S VINCENZO |
| | 398 | | 20.133 | | | | | | | | COOP S VINCENZO |
| | 399 | | 20.300 | | | | | | | | COOP L'AVVENIRE |
| | 400 | | 21.530 | | | | | | | | COOP L'AVVENIRE |
| | 401 | | 24.173 | | | | | | | | COOP L'AVVENIRE |
| | | | 149.846 | | | | | 149.846 | | | |
| 14/09/18 | 257 | 92 | | | 144.100 | | | | | | |
| | 402 | | 15.700 | | | | | | | | COOP L'AVVENIRE |
| | 403 | | 18.510 | | | | | | | | COOP L'AVVENIRE |
| | 404 | | 25.477 | | | | | | | | COOP L'AVVENIRE |
| | 405 | | 21.444 | | | | | | | | COOP L'AVVENIRE |
| | 406 | | 20.011 | | | | | | | | COOP L'AVVENIRE |

### COOPERATIVA SOLANIA scrl AGRICERT
### 2018

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Fresco passato alla Trasformazione (Kg.) Convenz. | Bio | S.Marzan | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | | 407 | 26.455 | | | | | | | | COOP L'AVVENIRE |
| | | 408 | 23.028 | | | | | | | | COOP L'AVVENIRE |
| | | | 150.625 | | | | | 150.625 | | | |
| 15/09/18 | 258 | 92 | | | 143.900 | | | | | | |
| | | 409 | 22.116 | | | | | | | | COOP LA EMILIA |
| | | 410 | 23.588 | | | | | | | | COOP LA EMILIA |
| | | 411 | 23.544 | | | | | | | | COOP LA EMILIA |
| | | 412 | 22.155 | | | | | | | | COOP LA EMILIA |
| | | 413 | 24.100 | | | | | | | | COOP LA EMILIA |
| | | 414 | 15.422 | | | | | | | | COOP LA EMILIA |
| | | 415 | 22.185 | | | | | | | | COOP LA EMILIA |
| | | | 153.110 | | | | | 153.110 | | | |
| 16/09/18 | 259 | 81 | | | 125.800 | | | | | | |
| | | 416 | 20.144 | | | | | | | | COOP LA EMILIA |
| | | 417 | 19.874 | | | | | | | | COOP LA EMILIA |
| | | 418 | 20.510 | | | | | | | | COOP LA EMILIA |
| | | 419 | 20.173 | | | | | | | | COOP LA EMILIA |
| | | 420 | 22.566 | | | | | | | | COOP LA EMILIA |
| | | 421 | 16.500 | | | | | | | | COOP LA EMILIA |
| | | 422 | 14.084 | | | | | | | | COOP LA EMILIA |
| | | | 133.851 | | | | | 133.851 | | | |
| 17/09/18 | 260 | 92 | | | 143.700 | | | | | | |
| | | 423 | 20.133 | | | | | | | | COOP LA EMILIA |
| | | 424 | 21.455 | | | | | | | | COOP LA EMILIA |
| | | 425 | 22.544 | | | | | | | | COOP LA EMILIA |
| | | 426 | 21.455 | | | | | | | | COOP LA EMILIA |
| | | 427 | 23.487 | | | | | | | | COOP LA EMILIA |
| | | 428 | 23.410 | | | | | | | | COOP LA EMILIA |
| | | 429 | 20.413 | | | | | | | | COOP LA EMILIA |
| | | | 152.897 | | | | | 152.897 | | | |
| 18/09/18 | 261 | 92 | | | 142.800 | | | | | | |
| | | 430 | 21.500 | | | | | | | | COOP LA EMILIA |
| | | 431 | 20.365 | | | | | | | | COOP LA EMILIA |
| | | 432 | 23.123 | | | | | | | | COOP LA EMILIA |
| | | 433 | 20.455 | | | | | | | | COOP LA EMILIA |
| | | 434 | 20.878 | | | | | | | | COOP LA EMILIA |
| | | 435 | 21.444 | | | | | | | | COOP LA EMILIA |
| | | 436 | 24.174 | | | | | | | | COOP LA EMILIA |
| | | | 151.939 | | | | | 151.939 | | | |
| 20/09/18 | 263 | 89 | | | 138.900 | | | | | | |
| | | 437 | 20.123 | | | | | | | | COOP LA EMILIA |
| | | 438 | 22.455 | | | | | | | | COOP LA EMILIA |

| GIORNO DI PRODUZIONE | SL1 A BUONO | Ped. | POMO.RO KG | QUANTITA' | | | | Fresco passato alla Trasformazione (Kg.) | | | Conferitori |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR. 500 | GR.1000 | GR. 3000 | GR. 3400 | Convenz. | Bio | S.Marzan | |
| | | | Peso Netto Kg. -> | 0,400 | 0,800 | 2,550 | 3,000 | | | | |
| | 439 | | 23.455 | | | | | | | | COOP LA EMILIA |
| | 440 | | 24.102 | | | | | | | | COOP LA EMILIA |
| | 441 | | 20.144 | | | | | | | | COOP LA EMILIA |
| | 442 | | 22.058 | | | | | | | | COOP LA EMILIA |
| | 443 | | 23.231 | | | | | | | | COOP LA EMILIA |
| | | | 155.568 | | | | | 155.568 | | | |
| Totale | | | | | 2.665.200 | 0 | 0 | 2.829.500 | 0 | 0 | |
| **Totale Complessivo** | | | | | **7.910.800** | | | **8.345.287** | | | |

Cooperativa SOLANIA scrl AGRICERT — 2018