# EXHIBIT F

Weight in grams (g) of drained tomato fruit and juice from two manufacturers

## Coluccio

| Sample | g Drained Tomatoes | g Juice | Total Weight | % Drained from Total |
|---|---|---|---|---|
| 1 | 935 | 744 | 1679 | 55.7 |
| 2 | 1022 | 601 | 1623 | 63.0 |
| 3 | 1100 | 538 | 1638 | 67.2 |
| 4 | 1090 | 554 | 1644 | 66.3 |
| **Average** | **1037** | **609** | **1646** | **63.0** |

## Cento

| Sample | | | | |
|---|---|---|---|---|
| 1 | 759 | 760 | 1519 | 50.0 |
| 2 | 817 | 716 | 1533 | 53.3 |
| 3 | 973 | 744 | 1717 | 56.7 |
| 4 | 756 | 807 | 1563 | 48.4 |
| **Average** | **826** | **757** | **1583** | **52.1** |

Sample: Each sample consisted of two (2) cans.

The content of the cans was emptied onto a strainer. The whole tomato fruit were removed
and weighed. Next, the strained juice was weighed.

% of whole tomatoes (from two cans) was calculated from Total Weight (grams whole fruit plus grams juice).

The results show some variation within each manufacturer.

However, it is clear that Coluccio complies with the specifications (60% or more in weight of drained tomato fruit from the total weight). Cento, with an average of 52.1 does **not** comply.

The reason for Cento's lesser weight of fruit is apparently the disintegration of the canned fruit tissue which migrated to the juice.

This conclusion is supported by measuring the viscosity of the juice from the two manufacturers:
The total juice from 8 cans was combined.  Next, 25 mL of juice were allowed to drain from a pipette and the escape time measured.  This measurement repeated 4 times. The results show the following:

Time of escape from 25 mL pipette (seconds)

Coluccio          4 seconds

Cento             15 seconds