# EXHIBIT G



Rev.com, Inc.
222 Kearny St. Suite 800, San Francisco, CA, 94108
T: 888-369-0701 | support@rev.com | www.rev.com



Member # 252626

# Certification of Translation Accuracy

Translation of **"Spencer Sheehan - Product Traceability Form"** from **"ITALIAN"** to **"ENGLISH"**

We, Rev.com, Inc., a professional translation company, hereby certify that the above-mentioned document(s) has (have) been translated by experienced and qualified professional translators and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Rev.com, Inc. assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

David Abrameto, VP of Operations

Rev.com, Inc.

Dated: June 10, 2019



Page 1 of 3

Rev.com, Inc.
222 Kearny St. Suite 800, San Francisco, CA, 94108
T: 888-369-0701 | support@rev.com | www.rev.com

Member # 252626

[emblem: agricert]   Form 122   Rev. 02 of 6/29/2015

SUPPLY CHAIN
PRODUCT TRACEABILITY FORM
CERTIFICATE NO.
CERTIFICATE NO.   0700010
rev. 04 on 1/26/2016

UNI EN ISO 22005:2008
THE COMPANY

*COOP SOLANIA SRL*

REGISTERED ADDRESS: *VIA PROVINCIALE 40, 84010 SAN VALENTINO TORIO (SA)*

PRODUCTION HEADQUARTERS: *VIA PROVINCIALE 40, 84010 SAN VALENTINO TORIO (SA)*

*OBJECTIVES:* To guarantee the origin of the product from the region of Campania, To allow for a quick identification of the product and punctual identification of the lots and of the quantities of product sold to each client to facilitate a possible collection and/or recall of the product lots by clients, To satisfy the clients' specifications.

*THE PRODUCT:*

PEELED TOMATOES

TINPLATE

IN COMPLIANCE WITH THE BELOW REQUIREMENTS:

DEPTH: From the cultivation in the field of the variety type Kiros and San Marzano 2 tomato, up to its transformation in peeled tomatoes.
REACH: tomato, tomato juice, salt, primary packaging, citric acid, basil.
The following components are excluded from the traceability system: peels and seeds of the finished product.
Rolling Stock Office: Transport Document; Can of 0.5 kg, 1 kg, 3 kg
TRACED ELEMENTS: Kiros and San Marzano 2 tomato variety, Cultivated parcels, Pest treatments, Fertilizations, Harvesting blocks and tomato conferment, Transformation lots, Sales.
The validity of this certificate is subject to the ongoing compliance with the Ruling for the Bioagricert Certification and the results of the surveillance.

Case 2:19-cv-00974-JS-GRB Document 14-7 Filed 07/05/19 Page 4 of 4 PageID #: 166

Rev.com, Inc.
222 Kearny St. Suite 800, San Francisco, CA, 94108
T: 888-369-0701 | support@rev.com | www.rev.com

Member # 252626

The organization is responsible for the introduction on the market of the products and the issuance of the declarations of compliance.

| | | |
|---|---|---|
| [emblem ACCREDIA [Illegible]] 110 no. 6050 | First issuance 12/1/2011 | BioAgriCert Manager [illegible signature] Federico Di Biase |
| | Renewal date 11/30/2017 | |
| | Expiry date 11/30/2020 | |

BioAgriCert S.r.l.  
www.bioagricert.org    [illegible]    Page 1 of 2  
Certification Body