# EXHIBIT H



M. 122   Rev. 02 del 29/06/2015

# CERTIFICATO DI PRODOTTO
# RINTRACCIABILITA' DI FILIERA

CERTIFICATO N°
CERTIFICATE N°         **0700010**

rev. 04 in data 26/01/2016

## UNI EN ISO 22005:2008
L'ORGANIZZAZIONE:
*OF THE COMPANY*

## COOP SOLANIA SRL

**SEDE LEGALE:** VIA PROVINCIALE 40, 84010 SAN VALENTINO TORIO (SA)

**SEDE PRODUTTIVA:** VIA PROVINCIALE 40, 84010 SAN VALENTINO TORIO (SA)

**OBIETTIVI:** Garantire l'origine campana del pomodoro, Permettere un'identificazione rapida e puntuale dei lotti e delle quantità di prodotto vendute a ciascun cliente per facilitare un eventuale ritiro e/o il richiamo dei lotti di prodotto dai clienti, Soddisfare le specifiche dei clienti.

IL PRODOTTO:
*THE PRODUCT*

## POMODORI PELATI

IN BANDA STAGNATA

NEL RISPETTO DEI SEGUENTI REQUISITI:
*WITH RESPECT OF THE FOLLOWING REQUIREMENTS*

**PROFONDITA':** Dalla coltivazione in campo del pomodoro del tipo varietale Kiros e San Marzano 2, fino alla sua trasformazione in pomodori pelati.

**ESTENSIONE:** pomodoro, succo di pomodoro, sale, imballaggi primari, acido citrico, basilico.
Sono esclusi dal sistema di rintracciabilita i seguenti componenti: bucce e semi del prodotto lavorato.

**UMR:** DDT; Barattolo da 0.5 kg, 1 kg, 3 kg

**ELEMENTI TRACCIATI:** Varietà di pomodoro Kiros e San Marzano 2, Appezzamenti coltivati, Trattamenti fitosanitari, Fertilizzazioni, Lotti di raccolta e conferimento del pomodoro, Lotti di trasformazione, Vendite.

La validità del presente certificato è subordinata al rispetto in continuo del Regolamento per la Certificazione Bioagricert e agli esiti della sorveglianza.

L'organizzazione è responsabile dell'immissione sul mercato dei prodotti e del rilascio di dichiarazioni di conformità.

Prima Emissione/ *First issue*
**01/12/2011**

Responsabile BioAgriCert
Federico Di Biase

Data di rinnovo/ *Renewal date*
**30/11/2017**

Data di Scadenza / *Expiry date*
**30/11/2020**

ACCREDIA
PRD N° 0050 B
Membro degli Accordi di Mutuo
riconoscimento EA, IAF e ILAC
Signatory of EA, IAF and ILAC
Mutual Recognition Agreements

Pagina 1 di 2

Bioagricert S.r.l.
www.bioagricert.org

Organismo di Certificazione / *Certification Body*