# EXHIBIT J



# Comando Carabinieri
## Politiche Agricole e Alimentari
### Nucleo Antifrodi Carabinieri Salerno
84121 - Salerno - via Duomo 17 - Tel.089/232345 e Fax 089/3072173

——— ✧ ———

Nr.85/1    Salerno, 16 novembre 2010

OGGETTO:- Comunicazione di notizia di reato redatta a carico di:

1) **NAPOLETANO Giuseppe**, nato a San Valentino Torio (SA) il 10.06.1968, residente a Sarno (SA) in via Buonaiuto n.29, amministratore unico della SOLANIA s.r.l., con sede a Sarno (SA) in via Buonaiuto n.29;

   ………*ritenuto responsabile:*
   a) **del reato p. e p. dagli artt. 515 e 517-quater C.P,** perché in qualità di legale rappresentante della società SOLANIA s.r.l., vendeva alla ditta americana ALANRIC FOOD DISTRIBUTORS – 100 CENTO BLVD -08086 THOROFARE NJ, al fine di trarne un ingiusto profitto, pomodori pelati diversi per origine, qualità e provenienza diversa da quella indicata in etichetta, o comunque tali da trarre in inganno gli acquirenti/consumatori sulla origine, qualità e provenienza; nello specifico confezioni di pomodori pelati riportanti come ingrediente pomodoro San Marzano DOP e Pomodoro San Marzano DOP ORGANIC (biologico) e la cui denominazione d'origine è protetta dal Regolamento (CE) n.1263/96 della Commissione del 01.07.1996 che tutela il pomodoro San Marzano dell'agro Sarnese-Nocerino, riportante altresì etichettatura contraffatta.

**RICHIESTA DI DECRETO DI PERQUISIZIONE E SEQUESTRO**

   **ALL PROCURA DELLA REPUBBLICA
   PRESSO IL TRIBUNALE DI**       N A P O L I



1

1. Nell'ambito delle attività di controllo previsti da questo Comando(¹) in merito alla tutela dei marchi di qualità relativi alla protezione delle indicazioni geografiche e delle denominazioni di origine dei prodotti agricoli ed alimentari, si apprendeva che sarebbero partiti, verosimilmente dal porto di Salerno, diversi containers contenenti falsi pomodori pelati San Marzano DOP dell'Agro Sarnese-Nocerino(²) con etichetta a marchio "DE LALLO" e "CENTO" commercializzati dalla ditta Solania e prodotti probabilmente dall'industria FRANCESE di Carbonara di Nola.

    Le confezioni di prodotto regolari recano etichette autorizzate dal Consorzio di Tutela del San Marzano DOP dell'Agro Sarnese-Nocerino e stampate dalla tipografia "GRAFICA CANADA" nel numero di esemplari, progressivamente numerati, corrispondenti al numero dei barattoli da produrre; queste verrebbero caricate nella parte anteriore del container, mentre il prodotto con etichettatura contraffatta nella parte posteriore, al fine di poter eludere un eventuale controllo visivo della merce. Quest'ultimo prodotto dovrebbe recare etichette non autorizzate, stampate in altre tipografie, che pur essendo uguali a quelle regolari hanno la parte che dovrebbe indicare il nome della tipografia in bianco ed i numeri seriali duplicati, sulla scorta di quelle autorizzate e stampate dalla GRAFICA CANADA.

2. Questo Nucleo avanzava richiesta all'Agenzia delle Dogane al fine di monitorare i valichi di frontiera per conoscere le esportazioni di pomodori pelati effettuate dalle ditte SOLANIA(³) e FRANCESE(⁴) ed identificare le partite di pomodoro pelati contraffatti **(all. n.1)**.

3. In data 03.11.2010 l'Ufficio Centrale Antifrode dall'Agenzia delle Dogane, informava questo Comando **(all. n.2)**, che la ditta SOLANIA aveva presentato, avvalendosi dello spedizioniere ANTONIO BORRELLI con sede a San Giorgio a Cremano (NA) via Matteotti n.1, la dichiarazione n.63015T datata 02.11.2010

---

(¹) Il Nucleo Antifrodi Carabinieri è un reparto specializzato, istituito presso il Ministero delle Politiche Agricole, Alimentari e Forestali che svolge, ai sensi dell'art.5 comma4 del D.P.R. n.79 del 23 marzo 2005, controlli straordinari sulla erogazione e percepimento di aiuti comunitari nel settore agroalimentare e della pesca ed acquacoltura, sulle operazioni di ritiro e vendita di prodotti agroalimentari, ivi compresi gli aiuti a Paesi in via di sviluppo e indigenti. Esercita controlli specifici sulla regolare applicazione di regolamenti comunitari e concorre, coordinandosi con l'Ispettorato centrale repressione frodi, nell'attività di prevenzione e repressione delle frodi nel settore agroalimentare. Nello svolgimento di tali compiti, il reparto può effettuare accessi e ispezioni amministrative avvalendosi dei poteri previsti dalle norme vigenti per l'esercizio delle proprie attività istituzionali.
(²) Reg. (CE) n.1263/96 della Commissione del 01.07.2010.
(³) SOLANIA s.r.l., con sede a Sarno in via Buonaiuto n.29.
(⁴) GIULIO FRANZESE SRL con sede a Carbonara di Nola (NA) in via Sansonetto n.22



2

concernente l'esportazione di pomodori pelati destinati agli Stati Uniti alla ditta ALANRIC FOOD DISTRIBUTORS – 100 CENTO BLVD -08086 THOROFARE NJ e relative alla spedizione di n.6 containers di cartoni di pomodori pelati aventi numero di identificazione CPSU4068341, XLXU4389736, TTNU5120840, UESU4276227, XLXU4072037 e CSQU4405780 e, successivamente in data 05.11.2010 (all. n.3) la dichiarazione n.63682 015T, avvalendosi dello spedizioniere LUIGI DI CASOLA con sede a Napoli via Amerigo Vespucci n.9, concernente l'esportazione di pomodori pelati destinati agli Stati Uniti alla ditta VICTORIA PACKING CORP – 443 EAST 100TH STREET – 11236 BROOKLYN NY, concernente la spedizione di n.3 containers di pomodori pelati aventi numero di identificazione MSCU4146181, MSCU4890233 e INBU5321255.

4. In data 13.10.2010, militari di questo Nucleo, unitamente a personale dell'Agenzia delle Dogane di Napoli, procedevano al controllo solo dei n.6 containers dello spedizioniere BORRELLI Antonio, stoccati all'interno del terminal Flavio Gioia del Porto di Napoli, alla presenza del predetto, nato a San Giorgio a Cremano (NA) il 01.11.1947, ivi residente in via G.Matteotti n.1, rappresentante della ditta di spedizioni doganali, delegata dalla ITALIA LOGISTICA s.r.l. (società che gestisce il supporto logistico terrestre e marittimo all'interno dell'area portuale), a causa delle avverse condizioni atmosferiche che non consentivano continuare le operazioni di ispezione sulla restante merce.
Venivano così ispezionati i containers anzidetti, riscontrando all'interno dei medesimi la presenza di barattoli di pomodori pelati etichettati come segue:
- containers nr.TTNU 5120840 nr. 24.000 barattoli - 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE;**
- containers nr.HLXU 4072037 nr. 24.000 barattoli – 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO;**
- containers nr.CSQU 4405780 nr. 24.000 barattoli - 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE:**

- containers nr.CPSU 406834.1 nr. 24.000 barattoli - 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO SAN MARZANO ORGANIC - POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO;**

- containers nr.UESU 427622 nr. 24.000 barattoli - 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO;**

- containers nr.HLXU 438973.6 nr. 24.000 barattoli - 2000 cartoni - del peso di 28 once, con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO,**

commercializzati dalla ditta SOLANIA s.r.l. con sede a Sarno (SA) in via Buonaiuto n.29 e prodotti dalla COOPERATIVA SOLANIA s.c.r.l. con sede a San Valentino Torio (SA) in via Provinciale n.40, come rilevato dalla stampigliatura, impressa sul barattolo, del codice dello stabilimento di trasformazione **"SL1"**.

Venivano prelevati alcuni barattoli a campione dai 6 containers appartenenti ai lotti di produzione **SL1N223, SL1N233, SL1N225, SL1N236, SL1N232, SL1N238, SL1N216, SL1R240, SL1R235, SL1N226 (BIOLOGICO) e SL1N218 (BIOLOGICO)**, al fine di effettuare accertamenti riguardanti l'autenticità e la tracciabilità del prodotto **(all. n.4)**.

5. Al fine di appurare l'autenticità della merce rinvenuta sono stati esperiti accertamenti presso l'organismo di controllo ISMECERT($^5$), deputato alla certificazione del pomodoro San Marzano DOP **(all. n.5)** ed all'approvazione delle etichette da apporre sui barattoli in conformità a quanto stabilito dal disciplinare di produzione della denominazione di origine protetta "POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO **(all. n.6)**; dove è stata acquisita copia della documentazione riguardante le produzioni per l'annata 2009 e 2010, i lotti di produzione certificati con i dati relativi al formato ed al numero dei pezzi da produrre per ogni singolo lotto per le predette annate ed i prospetti riepilogativi inerenti l'etichettatura e vendita del prodotto con i corrispondenti numeri identificativi di etichetta assegnati dal Consorzio di Tutela. Venivano forniti solamente i dati delle vendite del San Marzano

---

($^5$) L'**IS.ME.CERT.** (Istituto Mediterraneo di Certificazione dei prodotti e dei processi del settore agroalimentare) è l'istituto che riceve le domande di adesione al sistema di controllo del prodotto a denominazione protetta del pomodoro San Marzano dell'Agro Sarnese-Nocerino e che dopo aver eseguito tutti i controlli sulla filiera di conformità al disciplinare di produzione, certifica ed autorizza alla produzione del prodotto di origine protetta.



4

DOP effettuate dalla SOLANIA s.r.l. solo per l'anno 2009 in quanto per la campagna 2010 non aveva comunicato ancora alcuna vendita e dall'esame della comunicazione dell'ISMECERT relativa alla certificazione dei lotti per la produzione 2009, l'istituto autorizzava la SOLANIA s.r.l. - che, si badi bene, non effettua trasformazioni di alimenti ma solo commercio all'ingrosso - la produzione di pomodoro San Marzano nello stabilimento di San Valentino Torio, via Provinciale 36, mentre analoga comunicazione per la produzione 2010 veniva inoltrata alla COOPERATIVA AGRICOLA SOLANIA s.c.r.l..

In data 26.08.2010 è stata effettuata una visita ispettiva da parte di ISMECERT presso l'azienda trasformatrice COOPERATIVA SOLANIA ed è stato verifica che:

- **Per il lotto di produzione R235, avente consistenza iniziale di n.30216 barattoli da 1000g di pomodoro San Marzano DOP, risultano essere stati venduti n.7840 barattoli a marca CENTO con etichette progressivamente numerate dal n.264.535 al n.272.375 e n.22.336 barattoli con etichette di altre marche, risultanti giacenti n.40 barattoli di pelati;**

- **Per il lotto di produzione R240, avente consistenza iniziale di n.30159 barattoli da 1000g di pomodoro San Marzano DOP, risultano essere stati venduti n.5246 barattoli a marca CENTO con etichette progressivamente numerate dal n.397.566 al n.402.812 e n.24.913 barattoli con etichette di altre marche, non risultano giacenze di prodotto, mentre il consorzio ha autorizzato la SOLANIA s.r.l. alla stampa ed etichettatura dei prodotti a marca CENTO, assegnando la numerazione dei pezzi dal n.1 al n.72.000, dal n.176.375 al n.272.375, dal n.374.563 al n.422.563 (all. n.7).**

Dall'esame dell'etichette dei barattoli rinvenuti all'interno del porto di Napoli, si è accertato che la numerazione delle etichette dei pelati dei lotti R235 (etichette nn.191630, 186993) e R240 (etichette nn.193474, 201909, 271247, 178592, 189680, 264558, 199068), pur rientrando negli intervalli di numerazione assegnati dal Consorzio di Tutela, risulta già essere stata applicata dalla COOPERATIVA SOLANIA s.c.r.l. su barattoli di prodotto appartenenti ad altri lotti di produzione, come si rilevato in sede di verifica da parte dell'organismo di controllo ISMECERT in data 26.08.2010. Questa anomalia non può non indurre questa Polizia Giudiziaria a ritenere che si tratti di un'operazione fraudolenta.

Precisamente le etichette contrassegnate dai nn.191630, 186993, 193474,178592, 189680 e 199068 risultano essere state apposte sul prodotto appartenente al lotto di

5



produzione R231; le etichette contrassegnate dai nn.271247 e 264558 risultano essere state apposte sul prodotto appartenente al lotto di produzione R235; l'etichetta contrassegnata dal n.201909 risulta essere stata apposta sul prodotto appartenente al lotto di produzione R232; ne deriva che all'interno dei barattoli non vi è il prodotto dichiarato in quell'etichetta: anche qui dobbiamo registrare che si tratta, con ogni probabilità, di un'operazione tesa ad ingannare i consumatori sulla origine e, comunque sulla qualità del prodotto stesso.

In altri termini e per semplificare questo rilevante gap in assenza di valide spiegazioni alternative (e il titolare della SOLANIA s.r.l. si è ben guardato dal fornirle a tutt'oggi) ci deve far pensare che ci troviamo in presenza di una frode commerciale.

Inoltre giova precisare che per il lotto R240 a fronte di una produzione di n.5246 barattoli etichettati a marca CENTO, è stato rinvenuto un quantitativo di gran lunga superiore, più segnatamente, durante l'ispezione di un container con all'interno n.20 pedane composte da 1200 pezzi, da ciascuna pedana è stata riscontrata la presenza di barattoli appartenenti a questo lotto e, non avendo un riscontro dai documenti di trasporto, si può ben desumere che tutta la merce ivi contenuta appartiene al medesimo lotto di produzione.

Appare evidente che le etichette rinvenute sulla restante merce (ovvero su altri lotti di produzione) sono uguali a quelle riscontrate false sui barattoli inerenti i lotti R240 ed R235; esse differiscono, logicamente, solo per quanto attiene la numerazione stampigliata, pertanto debbono ritenersi anche quest'ultime tutte contraffatte([6]).

6. Successivamente, veniva interessato il Consorzio di tutela del pomodoro San Marzano DOP dell'Agro Sarnese-Nocerino, nelle persone del presidente RUGGIERO Edoardo Angelo, il quale nel riscontrare una nostra richiesta, inviava una nota con la quale riferiva che:

- l'etichetta marca CENTO formato 1000gr. CROP 2010 è stata approvata da ISMECERT in data 15.10.2010 previo accoglimento di modifiche all'etichetta *("la denominazione protetta deve essere presentata in italiano -Pomodoro San Marzano dell'agro Sarnese Nocerino- una eventuale traduzione in altre lingue può accompagnare ma non sostituire né predominare la denominazione italiana;* "eliminare la dicitura certified posta accanto all'acronimo d.o.p."; "evidenziare

---

([6]) Va evidenziato all'uopo che nell'ambito delle produzioni di pomodoro San Marzano DOP ogni barattolo è identificato univocamente dal numero apposto sull'etichetta.



*il campo ove sarà inserito il numero di etichetta"*). Il Consorzio in data 15.10.2010, a seguito di richiesta di stampa e numerazione di n.192.000, vista l'approvazione da parte dell'organismo ISMECERT e vista la richiesta di modifiche a cura del richiedente, ha autorizzato alla stampa presso la GRAFICA CANADA sita in Siano, rilevando che sull'etichetta manca il riferimento al nome della ditta produttrice certificata per la campagna 2010.

- l'etichetta marca CENTO formato 1000gr. ORGANIC, sebbene pervenuta al Consorzio di Tutela a mezzo fax in data 09.11.2010, l'approvazione da parte dell'organismo di controllo ISMECERT, previo accoglimento della richiesta di modifiche (*"la denominazione protetta deve essere presentata in italiano - Pomodoro San Marzano dell'agro Sarnese Nocerino- una eventuale traduzione in altre lingue può accompagnare ma non sostituire né predominare la denominazione italiana; "eliminare la dicitura certified posta accanto all'acronimo d.o.p."; "eliminare gli stemmi con le diciture –premium quality- -guaranteed fresh-";"evidenziare il campo ove sarà inserito il numero di etichetta";"il rapporto ponderale tra il peso netto e quello sgocciolatoindicati in etichetta è inferiore a quello minimo imposto dal disciplinare"*), il Consorzio, premesso che non ha mai ricevuto nessuna richiesta di stampa dell'etichetta in merito, non ha mai rilasciato autorizzazione alla stampa ed alla numerazione delle etichette CENTO 100gr. ORGANIC, evidenziando che la ditta utilizzatrice dell'etichetta non ha accolto la richiesta di modifiche prescritte dall'organismo di controllo ISMECERT. Anche qui evidentemente di fronte ad una non conformità che denuncerebbe, alla luce delle considerazioni già sopra svolte, una condotta fraudolenta messa in atto scientemente dall'indagato **(all. n.8)**.

7. Gli accertamenti venivano estesi presso la GRAFICA CANADA, con sede a Siano (SA) via San Vito n.54, autorizzata alla stampa delle etichette a marca CENTO dove, avuta la presenza del titolare della ditta COPPOLA Francesco, nato a Nocera Superiore (SA) il 08.08.2010. A questi, gli operanti mostravano un esemplare dell'etichetta CENTO SAN MARZANO DOP ed uno dell'etichetta CENTO SAN MARZANO ORGANIC e gli chiedevano di fornire l'ordine di stampa del Consorzio con la relativa numerazione degli esemplari, il documento di trasporto e la fattura. A specifica domanda, <u>il COPPOLA riferiva che le etichette che gli venivano mostrate non erano state stampate presso la sua ditta facendo rilevare ai militari operanti diversi errori tecnici della stessa come il tipo di carta utilizzato, la stampa del logo</u>

7

del consorzio non conforme alla normativa vigente e diciture stampate con caratteri e forme diverse da quelle autorizzate alla stampa; nella circostanza forniva un esemplare dell'etichetta marca CENTO SAN MARZANO DOP, evidenziando che era stata cancellata la dicitura CERTIFIED, in ottemperanza a quanto prescritto. Inoltre riferiva che l'etichetta marca CENTO SAN MARZANO ORGANIC non era stata mai stampata perché la ditta non aveva mai ricevuto alcuna autorizzazione alla stampa da parte del consorzio di tutela. Si deve puntualizzare che le etichette debbono essere stampate esclusivamente da ditta incaricata dal Consorzio di Tutela **(all. n.9)**.

8. Presso la sede della ditta SOLANIA s.r.l. venivano svolti accertamenti al fine di appurare la corretta etichettatura. Sul posto, avuta la presenza dell'amministratore NAPOLETANO Giuseppe, in oggetto generalizzato, si chiedeva di mostrare le giacenze delle etichette SAN MARZANO DOP stampate presso la litografia GRAFICA CANADA, lo stesso forniva un esemplare di quelle in suo possesso che alla vista è apparso difforme sia dall'etichetta presenti sui barattoli rinvenuti nel porto di Napoli sia da quella fornita dalla litografia su autorizzazione del Consorzio di tutela; il NAPOLETANO, opportunamente interpellato riferiva che le etichette in suo possesso erano state stampate presso la GRAFICA CANADA, fornendo copia del documento di trasporto e della fattura di acquisto **(all. n.10)**.

   Non appare inutile sottolineare che ci si trova davanti a numerose contraddizioni che suggeriscono molteplici indizi di condotte fraudolente.

9. Per quanto concerne il prodotto rinvenuto all'interno del container nr.CPSU 406834.1 con etichetta a marchio CENTO SAN MARZANO ORGANIC - POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO, acquistato da SOLANIA s.r.l. dalla COOPERATIVA SOLANIA s.c.r.l. (cod. stabilimento SL1), venivano svolte delle verifiche presso la sede di Salerno dell'Ente certificatore ICEA([7]) e si riscontrava quanto segue:

    a) La ditta SOLANIA s.r.l. ha come attività il commercio all'ingrosso di frutta ed ortaggi conservati, come si desume dal certificato C.C.I.A.A., è in possesso di certificato di conformità n.ITICAT1047, scadente in data 06.04.2010, relativamente all'attività di etichettatura/distribuzione a marchio-magazzinaggio/commercio ingrosso-altro **(all. n.11)**;

---

([7]) ICEA Istituto Certificazione Etica Ambientale.

8

b) NAPOLETANO Giuseppe è titolare dell'omonima azienda agricola ed è in possesso dell'attestato di idoneità aziendale per produzioni vegetali con metodo biologico, scadente in data 19.09.2011.

c) la COOPERATIVA SOLANIA s.c.r.l., di cui è presidente del C.d.A. NAPOLETANO Eugenio, nato a San Valentino Torio (SA) il 27.02.1933, padre di NAPOLETANO Giuseppe; l'attività della cooperativa è quella di trasformazione e conservazione di prodotti agricoli, come si desume dal certificato C.C.I.A.A; <u>non risulta essere in possesso di alcuna certificazione inerente la trasformazione di prodotti biologici</u> né presso la sede della cooperativa è stato fornito alcun documento o registro previsto dalla normativa in materia, attestante l'ingresso, la lavorazione e la vendita di prodotti biologici.

Qui è di palmare evidenza che ci troviamo in presenza di condotte fraudolente in quanto si commercializzano prodotti comuni spacciati per prodotti biologici: ne deriva un inganno al consumatore sull'origine e sulla qualità del prodotto stesso.

10. Presso la sede della cooperativa SOLANIA s.r.l. venivano accertati i quantitativi di prodotto di pomodoro San Marzano trasformati che corrispondono nella maniera esattamente al numero di pezzi certificati dall'ISMECERT, come si rileva dai registri delle produzioni giornaliere di quel prodoqtto **(cfr. all. n.10)**, e le relative giacenze, senza etichettatura, come di seguito riportato **(all. n.12)**:

| LOTTO | FORMATO | NR. TOTALE BARATTOLI | PEZZI AUTORIZZATI ISMECERT | Differenze |
|---|---|---|---|---|
| 216 | 1000 | 76.440 | 75.450 | 990 |
| 217 | 1000 | 74.880 | 74.326 | 554 |
| 218 | 1000 | 76.440 | 75.236 | 1.204 |
| 219 | 1000 | 35.880 | 35.425 | 455 |
| 222 | 1000 | 39.000 | 38.628 | 372 |
| 223 | 1000 | 71.760 | 72.288 | -528 |
| 224 | 1000 | 76.440 | 75.120 | 1.320 |
| 225 | 1000 | 74.880 | 74.310 | 570 |
| 226 | 1000 | 74.880 | 74.550 | 330 |
| 228 | 3000 | 21.504 | non certificato | |
| 229 | 3400 | 15.232 | 15.396 | -164 |
| 229 | 1000 | 14.040 | 12.650 | 1.390 |
| 231 | 1000 | 73.320 | 73.856 | -536 |
| 232 | 1000 | 49.920 | 72.985 | -23.065 |
| 235 | 500 | 152.064 | 152.570 | -506 |
| 236 | 500 | 47.520 | 47.014 | 506 |
| 238 | 1000 | 76.440 | 75.236 | 1.204 |
| 239 | 1000 | 76.440 | 76.460 | -20 |
| 243 | 1000 | 54.600 | 54.450 | 150 |

| 245 | 1000 | 9.360 | 9.430 | -70 |

La produzione del lotto N228 non risulta certificata da ISMECERT quindi non può essere commercializzata come pomodoro San Marzano **(all. n.13)**.

Appare evidente che nella disponibilità della cooperativa rientrano numerosi barattoli di prodotto che pur non essendo certificati, una volta etichettati possono essere venduti per pomodoro San Marzano DOP, frodando così la fiducia del consumatore.

Alle giacenze anzidette bisogna aggiungere i quantitativi prodotti dalla COOPERATIVA SOLANIA da questa vendute a SOLANIA s.r.l. e riscontrati presenti, privi di etichettatura, presso il deposito fiduciario DEPOSITI MERIDIONALI ubicato in Nocera Superiore, precisamente **(all. n.14)**:

| LOTTO | FORMATO | NR. PEZZI |
|---|---|---|
| N222SL1 | 1000 | 49.920 |
| N238SL1 | 1000 | 1.560 |
| N223SL1 | 1000 | 21.840 |
| N217SL1 | 1000 | 15.600 |
| R234SL1 | 1000 | 3.120 |
| N232SL1 | 1000 | 15.600 |
| N231SL1 | 1000 | 23.400 |
| N229SL1 | 1000 | 20.280 |
| N229SL1 | 1000 | 1.560 |
| R247SL1 | 3400 | 3.037 |
| N219SL1 | 1000 | 56.160 |

Sulla merce contraddistinta dai lotti di produzione SL1R234, SL1R247 e SL1N231 vi era apposta l'etichetta con il logo della ditta SOLANIA, e l'indicazione di pomodoro San Marzano non sono stati acquisiti i relativi documenti di trasporto perché essendo prodotti entrati in deposito l'anno 2009, la documentazione non è più custodita presso la ditta. Tutti i barattoli in giacenza, recano sul fondo la stampigliatura della sigla stabilimento SL1 (che corrisponde alla COOPERATIVA SOLANIA s.c.r.l.), il lotto di produzione e la sigla **SM**, la quale generalmente, a dire del presidente del Consorzio di Tutela RUGGIERO Edoardo, per organizzazione interna delle ditte appartenenti alla filiera del San Marzano DOP, indica che si tratta di pomodoro della varietà San Marzano per distinguere i barattoli dai pelati normali.

Sui relativi documenti di trasporto, detti prodotti vengono indicati come pomodori pelati sm; il NAPOLETANO Giuseppe interpellato nell'immediatezza circa la natura della merce in giacenza riferiva che si trattava di pomodori pelati non della varietà

San Marzano DOP, ad eccezione di quelli corrispondenti ai lotti di produzione N246DLG7, N239DLG7, N232GLG7 ed N237DLG7 **(cfr. n.12)**.

11. Alla luce di quanto sopra accertato, ne consegue che il fatto storico, cristallizzato all'epoca dell'accertamento, integra condotte penalmente rilevanti, in considerazione che:
    - i barattoli di pomodori pelati marca CENTO SAN SAMARZO ORGANIC, che sono stati posti in vendita dalla SOLANIA s.r.l. sono stati confezionati con etichette contraffate perché mai autorizzate alla stampa da parte del Consorzio di Tutela né tantomeno approvata dall'istituto ICEA che certifica i prodotti biologici, ed acquistati dal trasformatore COOPERATIVA SOLANIA s.c.r.l. non in possesso di idonea certificazione alla produzione di pomodori pelati biologici; inoltre nei giorni di produzione corrispondenti al lotto impresso sui barattoli non è stato conferito alcun prodotto dichiarato biologico.
    - i barattoli di pomodori pelati marca CENTO SAN SAMARZO, di cui sono stati verificati i numeri dell'etichetta sono stati commercializzati con etichette contraffate in quanto la numerazione delle medesime autorizzata dal Consorzio è stata utilizzata per il confezionamento di altri lotti di prodotto dalla COOPERATIVA SOLANIA e non dalla SOLANIA s.r.l. che ha richiesto l'approvazione dei pelati marca CENTO.

12. Al riguardo giova sottolineare il *modus operandi* del NAPOLETANO Giuseppe.
    La ditta ha come attività quella di commercio all'ingrosso di frutta ed ortaggi conservati **(all. n.15)**, acquista i barattoli di pomodoro San Marzano DOP, privi di etichetta e con impresso sul fondo dei medesimi la sigla del trasformatore **SL1**, il lotto di produzione e la dicitura **SM**, presso la COOPERATIVA SOLANIA s.c.r.l., che ha come attività la lavorazione e conservazione di frutta ed ortaggi **(all. n.16)** e di cui ne è presidente del C.d.A. NAPOLETANO Eugenio, nominato in data 30.04.2009, padre di NAPOLETANO Giuseppe, subentrando a quest'ultimo nella carica.
    La ditta SOLANIA s.r.l. previa autorizzazione dell'ISMECERT e del Consorzio di tutela del prodotto, etichetta il prodotto e lo commercializza con la marca del cliente.
    Nei documenti accompagnatori dei pomodori San Marzano DOP, la ditta non indica espressamente che si tratta di POMODORO SAN MARZANO DELL'AGRO SARNESE NOCERINO, così come prescritto anche nel piano di controllo della

11

filiera del prodotto tutelato **(all. n.17)**, bensì indica che si tratta di pomodori pelati sm. Questa sigla, che accompagna la descrizione dei pomodori pelati della SOLANIA s.r.l. viene utilizzata sia per il prodotto San Marzano che per i pomodori pelati di altre varietà.

Lampante è il caso accertato presso la ditta DEPOSITI MERIDIONALI di Nocera Superiore, dove avviene lo stoccaggio dei barattoli della SOLANIA s.r.l., nel corso di una verifica eseguita presso detto deposito per verificare le giacenze di pomodori pelati San Marzano, si accertava la presenza di n.212.077 barattoli privi di etichetta, riportanti la sigla dello stabilimento SL1 (cooperativa solania s.c.r.l.), il lotto di produzione e la sigla SM. Dai documenti d'ingresso della merce non si evinceva che fossero pelati San Marzano perché non indicato espressamente; detti documenti riportavano la descrizione di pomodori pelati sm. Nel corso della verifica però si rilevava che sui barattoli corrispondenti al lotto di produzione N231, R234 ed R247 vi era apposto un etichetta riportante il logo della ditta SOLANIA s.r.l. e l'indicazione che si trattava di pomodoro San Marzano.

Il NAPOLETANO Giuseppe, opportunamente interpellato, riferiva che tutta la merce prodotta dalla cooperativa Solania (SL1) non era di varietà San Marzano.

Inoltre, l'equivoco di fondo, generato *ad hoc* dal NAPOLETANO Giuseppe è rappresentato dal fatto che con il nome SOLANIA, si inducono in errore gli organismi vigilatori che operando con la SOLANIA s.r.l. credono di interfacciarsi con l'omonima cooperativa che ha sede nello stesso stabile dove è ubicati il magazzino deposito della citata SOLANIA s.r.l. -**(la SOLANIA s.r.l. non è una ditta trasformatrice, difatti non ha alcun codice stabilimento; la sigla SL1 impressa sui barattoli è attribuita alla COOPERATIVA SOLANIA s.c.r.l.)**, tanto è vero che per la campagna di produzione 2009 l'ISMECERT autorizzava la SOLANIA s.r.l. alla trasformazione del pomodoro San Marzano DOP **(all. n.18)** ed in altra circostanza l'istituto ICEA, nonostante il rilascio del certificato di conformità relativamente all'attività di etichettatura, distribuzione a marchio, magazzinaggio e commercio all'ingrosso-, la considera un vero è proprio trasformatore di prodotti biologici. Infatti, dall'analisi della documentazione acquisita presso l'istituto, si rileva che SOLANIA s.r.l. ha effettuato anche trasformazione di pomodori biologici **(all. n.19 e all. n.20)** acquistati dall'omonima azienda agricola dell'amministratore NAPOLETANO Giuseppe; considerando anche il fatto che il predetto qualora vi sia un controllo sulle materie prime trasformate fa ispezionare i locali della cooperativa

12

dove avviene la trasformazione.

13. La pratica commerciale posta in essere dalla cooperativa SOLANIA, configura una vera e propria condotta fraudolenta perché la ditta omettendo di trascrivere nei documenti di vendita la descrizione del San Marzano può confezionarli, a proprio piacimento, con etichette false; pertanto, fino al momento in cui non si viene in possesso materialmente del prodotto etichettato, gli organi di controllo non sono in grado di stabilirne la qualità e la provenienza; ciò in violazione anche del piano dei controlli della filiera **(cfr all. n.17)** del prodotto DOP del pomodoro San Marzano dell'Agro Sarnese Nocerino che prescrive per gli operatori del settore severi adempimenti per garantire la tracciabilità del prodotto in tutte le fasi della lavorazione e commercializzazione.
In particola l'art. 7 stabilisce, tra l'altro, che il soggetto autorizzato all'uso della denominazione protetta deve comunicare all'ISMECERT, entro 48 ore, le quantità immesse nel circuito tutelato, indicando la provenienza del prodotto, il lotto di produzione, il peso complessivo, il numero delle confezioni, il tipo di etichetta utilizzata, i numeri delle etichette utilizzate ed il destinatario.
<u>Questi adempimenti non hanno avuto riscontro presso l'ISMECERT, COOPERATIVA SOLANIA s.c.r.l. e SOLANIA s.r.l. e, pertanto, questa condotta omissiva, fa si che fino a quando non vi è alcuna formale comunicazione di vendita dei singoli pezzi con il corrispondente numero di etichetta, che identifica univocamente quel tale barattolo di pomodoro pelato SAN MARZANO DOP, così come disposto e con le modalità previste dal piano di controllo della filiera, vengono commercializzate, con false etichette, quantità di prodotto tutelato superiore a quello certificato dal preposto istituto di controllo.</u>

14. La situazione acclarata, al di là dei profili di rilevanza penale che pur paiono presentarsi, riguarda altresì il **concetto di "SICUREZZA ALIMENTARE"** che, per tutti gli studiosi della materia, a livello mondiale, equivale a dire **"escludere la possibilità che prodotti alimentari possano causare danni al consumatore se preparati e/o consumati in conformità all'utilizzo"**. Si tratta di un concetto di enorme rilevanza, tanto che la dottrina ha stabilito che la *natura di bene pubblico* esige *"l'intervento governativo finalizzato ad assicurare alla collettività adeguate condizioni di affidabilità sanitarie dei prodotti destinati all'alimentazione umana"*.

13

*L'organizzazione normativa è stata segnata dall'emanazione di due provvedimenti quadro: Il LIBRO VERDE, che contiene i principi generali dell'Unione Europea in materia alimentare e il LIBRO BIANCO, che individua i principi generali su cui deve vertere la politica europea. Si tratta di azioni forti tendenti a prevenire:*

- ✓ rischi microbiologici provenienti da fattori tossici naturali o fattori tecnologici,
- ✓ rischi microbiologici provenienti da contaminanti,
- ✓ rischi microbiologici provenienti da fattori radioattivi,
- ✓ rischi da zoonosi causate da agenti patogeni e malattie diffuse tra gli animali.

15. Ciò posto, considerato che la condotta posta in essere da SOLANIA s.r.l., precisamente il confezionamento di barattoli di pomodoro pelati non certificati come varietà protetta, con false etichette di pomodoro San Marzano DOP e SANMARZANO ORGANIC, integrano le fattispecie penali di cui agli artt.515 e 517-quater C.P. e considerato altresì che la norma mira a tutelare l'interesse concernente l'ordine economico in relazione alla lealtà ed alla moralità del commercio e tende ad assicurare l'onestà negli scambi commerciali e che l'elemento oggettivo richiesto è integrato in quanto la merce è già stata posta in vendita e tenuto conto che esiste il *fumus delicti* e che ci troviamo al cospetto di cose pertinenti al reato per cui si procede, necessarie all'accertamento dei fatti, si reputa necessario con la presente richiedere al Codesta A.G. che si compiaccia di voler emettere, al fine di non aggravare o protrarre le conseguenze il reato accertato ovvero agevolare la commissione di altri reati

   a) decreto per sequestrare i prodotti rinvenuti e posti in vendita dalla ditta SOLANIA s.r.l. e custoditi all'interno dei n.6 containers, giacché siffatti prodotti costituiscono il corpo del reato; di quelli giacenti presso il porto di Napoli negli altri n.3 containers sopra citatati ed in attesa di essere ispezionati nonchè di tutti i prodotti che allo stato attuale rientrano nella disponibilità della SOLANIA s.r.l., in considerazione che, tutto il prodotto riscontrato in giacenza, anche in quantità superiori a quelle dichiarate per i corrispondenti lotti di produzione, come si rileva dai giornali delle produzioni giornaliere, non reca alcuna etichettatura, i documenti di vendita non descrivono espressamente la merce commercializzata della varietà San Marzano e le bollette di consegna della materia prima non sono

accompagnate da idonea documentazione che attesti il trasporto, il peso ufficiale e la provenienza della materia prima;

b) decreto di perquisizione e sequestro di tutta la documentazione contabile-amministrativa, in qualunque posto essa sia custodita, inerente la produzione, trasformazione e commercializzazione del prodotto San Marzano DOP, presso la cooperativa SOLANIA s.c.r.l. e la ditta SOLANIA s.r.l., in quanto allo stato attuale, malgrado le continue e sollecite richieste all'indagato, non si ancora riusciti ad individuare e reperire di tutta la documentazione utile al fine degli accertamenti perché lo stesso faceva sempre riserva di svolgere gli opportuni accertamenti e ricerche all'interno della ditta, questo al solo scopo di poter rallentare o eludere i controlli da parte dei militari operanti.

**ALLEGATI:**

| | |
|---|---|
| ALLEGATO N.1 | Richiesta Agenzia Dogane di collaborazione di P.G. n.39/25 di prot. del 03.11.2010; |
| ALLEGATO N.2 | Comunicazione in data 03.11.2010 dell'Agenzia delle Dogane n.141519 concernente l'esportazione di n.6 containrs da parte della ditta SOLANIA s.r.l.; |
| ALLEGATO N.3 | Comunicazione in data 05.11.2010 dell'Agenzia delle Dogane n.142407-RIS concernente l'esportazione di n.3 containrs da parte della ditta SOLANIA s.r.l.; |
| ALLEGATO N.4 | Verbale di ispezione containers in data 08.11.2010; |
| ALLEGATO N.5 | Reg. (CE) n.1263/96 della Commissione del 01.07.1996; |
| ALLEGATO N.6 | Disciplinare di produzione della Denominazione di Origine Protetta "Pomodoro San Marzano dell'Agro Sarnese Nocerino";: |
| ALLEGATO N.7 | Verbale ispezione ISMECERT COOP SOLANIA del 26.08.2010; |
| ALLEGATO N.8 | Comunicazione in data 10.11.2010 del Consorzio di Tutela inerente accertamenti sulle etichette marca CENTO SAN MARZANO e marca CENTO SAN MARZANO ORGANIC |
| ALLEGATO N.9 | Verbale di s.i.t. in data 09.11.2010 rese da COPPOLA Francesco della GRAFICA CANADA |
| ALLEGATO N.10 | Verbale acquisizione documentale presso la COOPERATIVA SOLANIA s.r.l. del 09.11.2010; |
| ALLEGATO N.11 | Certificazione di conformità Agricoltura biologica rilasciato dall'ICEA alla SOLANIA s.r.l. |
| ALLEGATO N.12 | Verbale di ispezione ed acquisizione documentale presso la SOLANIA s.r.l. del 11.11.2010; |



| | |
|---|---|
| ALLEGATO N.13 | Comunicazione da parte dell'ISMECERT alla SOLANIA concernente la mancata certificazione del lotto N228; |
| ALLEGATO N.14 | verbale acquisizione documentale presso la ditta DEPOSITI MERIDIONALI in data 11.11.2010; |
| ALLEGATO N.15 | Visura camerale SOLANIA s.r.l. |
| ALLEGATO N.16 | Visura camerale COOPERATIVA SOLANIA s.c.r.l. |
| ALLEGATO N.17 | PIANO DEI CONTROLLI per il controllo della filiera del prodotto a DOP "Pomodoro San Marzano dell'Agro Sarnese Nocerino; |
| ALLEGATO N.18 | Comunicazione in data 10.11.2010 fatta da ISMECERT a SOLANIA s.r.l. concernente la conformità al disciplinare per la produzione del pomodoro San Marzano (produzione 2009); |
| ALLEGATO N.19 | Piano di Gestione delle produzioni trasformate verificato da ICEA in Reg. CEE n.2092/91; |
| ALLEGATO N.20 | Programma di lavorazione unità attività di trasformazione di pomodoro biologico presentato all'ICEA dalla SOLANIA s.r.l.. |

*Indagini a cura dei M.lli Spinelli Antonio, Costagliola Nicola e Amaro Paolo.*
*Informativa a cura del M.llo Spinelli Antonio.*


IL COMANDANTE
(Cap. Vincenzo Ferrara)

as

