EXHIBIT L



N. 6416/10 R. G. Notizie di reato
N. 5/11 R. G. G.I.P.

# TRIBUNALE DI NOCERA INFERIORE
UFFICIO DEL GIUDICE PER LE INDAGINI PRELIMINARI

# DECRETO CHE DISPONE IL GIUDIZIO
- art. 429 c.p.p. –

Il Giudice Dr.ssa Giovanna Pacifico
All'esito dell'udienza preliminare nel procedimento n. 5/11 GIP
Pronunciando nei confronti di:

1) **NAPOLETANO Giuseppe nato il 10/06/68 a San Valentino Torio ed elettivamente domiciliato ai sensi dell'art. 161 cpp presso la sede della società "Solania srl" con sede in Sarno alla via Provinciale, 36**
   2) **NAPOLETANO Eugenio nato il 27/02/33 a San Valentino Torio ed elettivamente domiciliato ai sensi dell'art. 161 cpp presso la sede della società "Solania srl" con sede in Sarno alla via Provinciale, 36**
3) **CIRELLA Amalia nata il 29/08/68 a Napoli ed elettivamente domiciliata ai sensi dell'art. 161 cpp in Santa Maria a Vico (CE) alla via Astolella, 52**

-assenti-

**Difensore:** Avv. Giovanni Annunziata Foro Nocera (di fiducia per Napoletano Giuseppe e Napoletano Eugenio)
Avv. Silverio Sica Foro Salerno (di fiducia per Napoletano Giuseppe e Napoletano Eugenio)
Avv. Angelo Trombetti con studio in Caserta (di fiducia per Cirella)
Avv. Angela Buanne con studio in Caserta (di fiducia per Cirella)

# IMPUTATI

Vedi allegato

(2) IDENTIFICATE LE PERSONE OFFESE IN:
**1) Consorzio di tutela del pomodoro San Marzano dell'Agro Nocerino Sarnese - c/o Avv. Luca Forni con studio in Nocera Inferiore**



2) Istituto Mediterraneo di Certificazione Agroalimentare IS.ME.CERT c/o Avv. Luca Forni con studio in Nocera Inferiore
3) Associazione Consumatori ADOC domiciliata c/o Avv. Agostino La Rana del Foro di Napoli

-assenti-

(3) EVIDENZIATA L'ACQUISIZIONE DELLE SEGUENTI FONTI DI PROVA:
- vedi allegato

P Q M

Dispone il rinvio a giudizio di Napoletano Giuseppe, Napoletano Eugenio e Cirella Amalia per i reati sopra specificati, e la loro comparizione davanti al Tribunale di Nocera Inferiore – in composizione monocratica (Dr.ssa Caccavale) - per l'udienza del giorno **29 aprile 2015 - ore 9,00** con avvertimento agli imputati che non comparendo saranno giudicati in assenza.
Avverte le parti che devono, a pena di inammissibilità, depositare nella Cancelleria del Giudice del dibattimento almeno sette giorni prima della data fissata per l'udienza, la lista degli eventuali testimoni, periti o consulenti tecnici, con la indicazione delle circostanze su cui deve vertere l'esame.

Dispone la notifica del presente decreto agli imputati: Napoletano Giuseppe, Napoletano Eugenio e Cirella Amalia

Persona offesa: Consorzio San Marzano DOP, ISMECERT, ADOC

Alle parti private che non erano presenti all'udienza preliminare, almeno venti giorni prima della data fissata per il giudizio.
Nocera Inferiore, lì 11/02/15

Il Cancelliere                                                            Il Giudice
Mario Fortino                                              Dr.ssa Giovanna Pacifico

Trasmessa      copia      all'Ufficiale     Giudiziario    /    Polizia     Giudiziaria     di
_____                per       la       notifica       a       (5)

Restituito dall'Ufficiale Giudiziario / Polizia Giudiziaria il
Notificato a (6)

Proc. Pen Nr. 6416/2010 R.G. Notizie di Reato/Mod. 21

per il ritorno *23 ottobre 2012* ore, ...

nell'aula d'udienza penale del Tribunale di Nocera Inferiore.

Si comunichi.

Nocera Inferiore, *25/03/2013*

**Procura della Repubblica**
presso il Tribunale Ordinario di Nocera Inferiore

IL GIUDICE
PER LE INDAGINI PRELIMINARI
*dott.ssa Giovanna Pacifico*

**RICHIESTA DI RINVIO A GIUDIZIO**
- artt. 416, 417 c.p.p., 130 D.Lv. 271/89 -

Al Giudice per l'udienza preliminare
presso il Tribunale SEDE

Il Sostituto Procuratore della Repubblica;

Visti gli atti del procedimento di cui in epigrafe, nei confronti di:

**NAPOLETANO Giuseppe**, nato a S. Valentino Torio il 10.6.1968, *elettivamente domiciliato ai sensi dell'art. 161 c.p.p.* presso la sede della società "Solania srl" in Sarno alla via Provinciale 36;
- *Quale L.R. e gestore della Società " SOLANIA srl" con sede in Sarno alla via Provinciale 36, che poneva in essere le operazioni di acquisto del prodotto dalla collegata Cooperativa Solania scarl gestita dal padre e complice Napoletano Eugenio per la successiva commercializzazione fraudolenta( ovvero spacciandolo sul mercato come pomodoro san marzano dop)*

*assistito e difeso dai difensori di fiducia Avv.:*
1) SICA SILVERIO, con studio in Salerno - PIAZZA CARUTI CIVILI DI GUERRA, 1
2) GIOVANNI ANNUNZIATA, con studio in Sarno -PIAZZA MUNICIPIO

**2. NAPOLETANO Eugenio ,** nato a San Valentino Torio il 27.02.1933, *elettivamente domiciliato ai sensi dell'art. 161 c.p.p.* presso la sede della cooperativa "Solania s.c.r.l" in Sarno alla via Provinciale 40;
- *quale Presidente/LR della* **Cooperativa "Solania scarl"** *che produceva/trasformava il prodotto ( spacciato per pomodoro san marzano dop ) vendendolo successivamente alla Solania srl gestita dal figlio e complice Napoletano Giuseppe per la commercializzazione*

*assistito e difeso dai difensori di fiducia Avv.:*
1) SICA SILVERIO, con studio in Salerno
2) GIOVANNI ANNUNZIATA, con studio in Sarno

**3. CIRELLA Amalia,** nata a Napoli il 29.08.1968, , *elettivamente domiciliata ai sensi dell'art. 161 c.p.p.* in Santa Maria a Vico, via Astolella n. 52;

- quale *agronoma, ispettrice dell'organismo di certificazione Ismecert* ( Istituto Mediterraneo di certificazione agroalimentare con sede in Napoli ) incaricato dei servizi di controllo, verifica e certificazione sul rispetto del disciplinare di produzione del pomodoro San Marzano dop - a tutela e salvaguardia delle dop nell'interesse dei consumatori, assicurando la tipicità dell'alimento contrassegnato e del mercato, garantendo posizioni leali e paritarie nella competizione commerciale - la quale si prestava a redigere le false verifiche in campo destinate ad attestare contrariamente al vero il rispetto del disciplinare di produzione e la regolare provenienza del prodotto pomodoro san marzano ;
- esercente di fatto una pubblica funzione di certificazione ;

*assistita e difesa dal difensore di fiducia Avv. GIROLAMO CASELLA, con studio in Caserta* (A)AGIOVE
VIA VENETA, 42

IMPUTATI

*NAPOLETANO Eugenio-NAPOLETANO Giuseppe-CIRELLA Amalia*

A) del reato p. e p. dagli artt. 81- 110—112- 515- 517 quater- cp- ( *frode commerciale nel settore del "pomodoro san marzano dop"* ) , perché in concorso tra loro nelle rispettive suindicate qualità e con le condotte indicate anche ai capi che seguono e, in particolare il **Napoletano Eugenio**, nella qualità di **L.R. e gestore della ditta produttrice Cooperativa Solania scarl** il **Napoletano Giuseppe** quale **LR della "Solania srl,** *azienda collegata che si incaricava di commercializzare il prodotto apparentemente fatto provenire dalla prima,* nell'esercizio di una attività commerciale, ponevano in essere atti idonei diretti in modo non equivoco a mettere in circolazione, commercializzare e consegnare agli acquirenti e consumatori sul territorio nazionale ed oltre , un prodotto alimentare diverso per origine provenienza e qualità rispetto a quanto dichiarato e pattuito, ovvero svariate migliaia di barattoli di pomodoro falsamente spacciato come *"pomodoro san marzano dop",* riportante indicazioni e denominazioni contraffatte , in realtà non avente tale origine connessa al rispetto del disciplinare di produzione dop ;

-nella specie al fine di far risultare fittiziamente la regolarità delle procedure del disciplinare e la provenienza del pomodoro san marzano:

-veniva compilato o fatto compilare dal *Napoletano Eugenio e Napoletano Giuseppe,* con la falsa firma per esteso degli apparenti coltivatori-produttori Cascella Natalina,Laudisio Pasquale, Raione angelo, Corrado Adelaide, de Filipo michele, Ferrante Domenico, Ingenito Concetta, Lenza antonio, Odierna Antonio e Sirica Giuseppina, il modulo- domanda di adesione al sistema di controllo del prodotto a denominazione protetta pomodoro san marzano dell'agro sarnese nocerino- sez agricoltori successivamente trasmesso all'Ismecert di Napoli ;

*in particolare trattandosi di :*

*1 nr.* **144.000** *barattoli pari a 12.000 cartoni - del peso di 28 once,* con etichetta a marchio **CENTO POMODORO SAN MARZANO DELL'AGRO SARNESE-NOCERINO**;

*che venivano prodotti dalla Cooperativa Solania scarl , commercializzati* in esportazione dal porto di Napoli *dalla collegata Solania srl alla acquirente ditta americana ALANRIC FOOD DISTRIBUTORS per la distribuzione al consumo su quel mercato , contenenti pomodori pelati diversi per origine, qualità e provenienza da quanto falsamente indicato sulle etichette – riportanti, in modo specifico e fraudolento, concretamente atto ad ingannare la buona fede degli acquirenti , la falsa indicazione dei seguenti ingredienti: "pomodoro San Marzano dop" e "pomodoro San Marzano DOP. organic " la cui denominazione d'origine è protetta dal Regolamento (CE) n.1263/96 della Commissione del 01.07.1996 che tutela il pomodoro San Marzano dell'agro Sarnese-Nocerino,*

*2) nr. 1080 barattoli di pomodori pelati del formato di 3 kg ciascuno- con etichetta "Solania pomodoro san marzano dell'agro sarnese nocerino dop." (riportanti codice di stabilimento DLG7 che identifica l'azienda di trasformazione* Di Lallo snc ed appartenente al lotto di produzione A22 ) che venivano commercializzati in esportazione dal porto di Napoli dalla collegata Solania srl alla acquirente ditta indiana AGRIM SALES *; pomodori pelati diversi per origine, qualità e provenienza da quanto falsamente indicato sulle etichette – etichette*

2

*riportanti, in modo specifico e fraudolento, concretamente idoneo ad ingannare la buona fede degli acquirenti , la falsa iudicazione dei seguenti ingredienti: " pomodoro San Marzano dop" la cui denominazione d'origine è protetta dal Regolamento (CE) n.1263/96 della Commissione del 01.07.1996 che tutela il pomodoro San Marzano dell'agro Sarnese-Nocerino,*

- il fatto commettendo con il concorso di **Cirella Amalia** *ispettrice dell'organismo di certificazione Ismecert* incaricata dei controlli sul rispetto del disciplinare di produzione  la quale, *su istigazione del Napoletano Giuseppe e Napoletano Eugenio*- entrambi dominus del disegno criminoso- falsamente attestava- con le condotte di falso meglio descritte ai capi che seguono - l'esistenza di fondi coltivati come pomodoro san marzano secondo le regole del disciplinare di produzione , falsamente fatto risultare come materia prima del prodotto finito  commercializzato quale pomodoro san marzano dop    (prodotto dalla Cooperativa Solania scarl e commercializzato dalla  collegata Società Solania srl )  ;anch'ella di fatto concorrendo , in esecuzione del medesimo disegno criminoso ,  a porre in essere atti idonei e diretti in modo non equivoco a consegnare all'acquirente/consumatori         prodotti  diversi per origine, qualità e provenienza da quella indicata  in etichetta, ed  in violazione delle norme che tutelano i prodotti DOP con danno al consumatore indotto ad acquistare per qualità e prezzo un prodotto diverso da quello indicato come DOP ,

*Accertato in Napoli ed agro nocerino sarnese  nel novembre 2010*


## NAPOLETANO Eugenio - NAPOLETANO Giuseppe – CIRELLA Amalia

**B) del reato p. e p. dagli artt. 81- 110—112-56- 515-  517 quater cp** ( *tentata frode commerciale nel settore del pomodoro san marzano dop* )  , perché  in concorso tra loro nelle rispettive  qualità e con le condotte   indicate anche ai capi che precedono  e, in specie  il **Napoletano Eugenio**, nella qualità di  **LR e gestore della ditta produttrice Cooperativa Solania** scarl -  il  **Napoletano Giuseppe** quale **LR della "Solania srl** , *azienda collegata che si incaricava di  commercializzare il prodotto apparentemente fatto provenire dalla prima* , nell'esercizio di una attività commerciale , ponevano in essere atti idonei diretti in modo non equivoco  a mettere in circolazione, commercializzare e consegnare agli acquirenti e consumatori un  prodotto  diverso  per  origine  provenienza  e  qualità  rispetto a  quanto dichiarato e pattuito,   ovvero svariate migliaia di barattoli di pomodoro falsamente spacciato come "pomodoro san marzano dop", riportante indicazioni e denominazioni contraffatte , in realtà non avente tale origine connessa al rispetto del disciplinare di produzione dop ;


in particolare trattandosi di:

-   1) 1.225.356 confezioni di pomodori pelati  stoccati ***presso tre depositi  della Solania srl siti nel Comune  di San Valentino Torio*** , prodotti e venduti da Cooperativa Solania alla  collegata Solania srl come "pomodoro san Marzano dop"   e destinato  alla successiva fraudolenta commercializzazione a  terzi , secondo la consolidata  prassi aziendale illegale ,  mediante la preordinata apposizione di etichette fraudolente riportanti la  falsa indicazione dei seguenti ingredienti: " pomodoro San Marzano  dop" o "pomodoro San Marzano DOP organic " ; prodotto comunque  diverso e da quanto comunque  falsamente già  riportato nei documenti afferenti la rintracciabilità e tracciabilità del prodotti ( Buoni di consegna attestanti il conferimento di materia prima dai produttori agricoli alla Cooperativa Solania trasformatrice riportanti la espressa  fraudolenta menzione "pomodoro San Marzano" – agenda di produzione e scheda di produzione  giornaliera  presso  la  Cooperativa  Solania  attestante  fraudolentemente

3

l'ingresso(conferimento di pomodoro san Marzano - documenti/fatture di vendita dalla Cooperativa Solania alla Solania srl riportanti falsamente la dicitura Pomodoro San Marzano dop );

- *2)* nr. **223.000** barattoli di pomodori pelati risultanti prodotti dalla Cooperativa Solania ed acquistati successivamente dalla Solania srl che li deteneva per la successiva fraudolenta commercializzazione a terzi presso il **deposito di Nocera Inferiore** della ditta **deposito Meridionali di Nocera Superiore** pomodori-pelati che venivano contrassegnati con il codice alfanumerico - di tracciabilità del prodotto relativo alla Cooperativa Solania scarl ( SL1) ma che in realtà non risultavano effettivamente prodotti presso la medesima azienda non risultando la corrispondente materia prima in entrata presso gli impianti ; trattandosi di prodotto destinato alla successiva fraudolenta commercializzazione a terzi , secondo la consolidata prassi aziendale illegale , mediante la preordinata apposizione di etichette fraudolente riportanti la falsa indicazione dei seguenti ingredienti: " pomodoro San Marzano dop" o "pomodoro San Marzano DOP organic " ;

-il fatto commettendo con il concorso di *Cirella Amalia ispettrice dell'organismo di certificazione Ismecert* incaricata dei controlli sul rispetto del disciplinare di produzione la quale, su istigazione del Napoletano Giuseppe e Napoletano Eugenio- entrambi dominus del disegno criminoso- falsamente attestava-con le condotte di falso meglio descritte ai capi che seguono - l'esistenza di fondi coltivati come pomodoro san marzano secondo le regole del disciplinare di produzione , falsamente fatto risultare come materia prima del prodotto finito commercializzato quale pomodoro san marzano dop (prodotto dalla Cooperativa Solania scarl e commercializzato dalla collegata Società Solania srl ) ;anch'ella di fatto concorrendo , in esecuzione del medesimo disegno criminoso , a porre in essere atti idonei e diretti in modo non equivoco a consegnare all'acquirente/consumatori prodotti diversi per origine, qualità e provenienza da quella indicata in etichetta, ed in violazione delle norme che tutelano i prodotti DOP con danno al consumatore indotto ad acquistare per qualità e prezzo un prodotto diverso da quello indicato come DOP ,

*Accertato in San Valentino Torio e Nocera Superiore nel novembre 2010*

## CIRELLA Amalia- NAPOLETANO Giuseppe - NAPOLETANO Eugenio

**C) del reato p. e p. dagli artt.110-81 cpv -479-61 n. 2 c.p.** per avere la *Cirella Amalia* , in qualità di ispettore agronomo incaricata dall'*organismo certificatore ISMECERT* di svolgere attività ispettiva e di certificazione dei terreni coltivati a "pomodoro San Marzano DOP" dell'agro sarnese nocerino, in sede di sopralluogo in campo effettuato nelle date 20,21,e 22 luglio 2010 presso i terreni siti nei comuni di Sarno, San Marzano sul Sarno e san Valentino Torio , con più atti esecutivi del medesimo disegno criminoso ed al fine di consentire la consumazione delle frodi commerciali di cui ai capi che precedono , attestato falsamente, con apposito contestuale verbale di controllo Agricoltori DOP Pomodoro san Marzano dell'Agro nocerino sarnese , di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritte dal disciplinare di produzione , e quindi la presenza in campo di prodotto del tipo *pomodoro san marzano dop* ; *il fatto commettendo su istigazione e determinazione dei suindicati Napoletano Giuseppe e Napoletano Eugenio,* interessati a far risultare falsamente la produzione su fondi agricoli di pomodoro san marzano DOP destinato alla Cooperativa Solania scarl per la successiva commercializzazione da parte della Solania srl - risultando entrambi dominus del preordinato piano fraudolento mandanti dell'intero disegno criminoso finalizzato a consumare le frodi commerciali di cui ai capi che precedono, aventi ad oggetto svariati quintali di pomodoro destinato alla esportazione in Italia ed all'estero , spacciato falsamente per " pomodoro san marzano dop", in realtà prodotto solo formalmente secondo il capitolato/disciplinare di cui al *Regolamento (CE) n.1263/96 della Commissione del 01.07.1996* che tutela il pomodoro San Marzano dell'agro Sarnese-

4

Nocerino , ma in realtà non avente affatto tale provenienza e qualità ;

*e in particolare:*

-*Cirella Amalia, ispettrice Ismecert*, redigeva un falso verbale di controllo agricoltori dop data 22.07.2010 , a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano della particella di proprietà di **Bari Anna** ( fl 12 part 196 del Comune di Sarno) da parte della coltivatrice **Cascella Natalina ;**

- *Cirella Amalia* ,ispettrice Ismecert, redigeva un falso verbale di controllo controllo agricoltori dop in data 21.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano da parte di **R*ainone Angelo*** delle *particelle 890 e 891 del fl 2 del Comune di san Valentino Torio*

- *Cirella Amalia*, ispettrice Ismecert, redigeva un falso verbale di controllo controllo agricoltori dop in data 20.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano
da parte di **Corrado Adelaide** delle *pàrticelle 384 e 23 - fl 27 del Comune di Sarno* ,

- *Cirella Amalia, ispettrice Ismecert*, redigeva un falso verbale di controllo controllo agricoltori dop in data 19.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano da parte di ***De Filippo Michele d***ella *particella 52 - fl 27 del Comune di Sarno ;*

- Cirella Amalia, ispettrice Ismecert, redigeva un falso verbale di controllo controllo agricoltori dop in data 19.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe, attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano da parte di **Ferrante Domenico** della ulteriore *particella fl2 n. 742 del Comune di San Valentino Torio, oltre che dei fondi fl 2 n. 39 e 385 effettivamente coltivati ;*

Cirella Amalia, ispettrice Ismecert, redigeva un falso verbale di controllo controllo agricoltori dop in data 19.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano da partedi **Ingenito Concetta** delle *particelle fl . 28 part n. 3 e 1341 e fl 27 n. 483 del comune di Sarno;*

- Cirella Amalia, ispettrice Ismecert, redigeva un falso verbale di controllo controllo agricoltori dop in data 20.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero, di avere positivamente verificato la conformità delle superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione e quindi la effettiva coltivazione in campo a pomodoro san marzano da parte di **Lenza Antonio** delle *particelle fl . 23 part. n. 286 del Comune di sarno e fl. 4 part 602 del comune di San Valentino Torio;*

- Cirella Amalia ispettrice Ismecert redigeva un falso verbale di controllo controllo agricoltori dop in

5

data 22.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe , attestando, contrariamente al vero,  di avere positivamente verificato la conformità delle  superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione  e quindi la effettiva coltivazione in campo a pomodoro san marzano  da parte di Odierna Antonio delle *particelle fl .4  part. n. 88 e 89  del comune di San Valentino Torio; e fl 29 n2499 e 2500 del Comune di Sarno* ;

- Cirella Amalia, ispettrice Ismecert, redigeva un falso verbale di controllo  controllo agricoltori dop  in data 21.07.2010, a tanto istigata dai Napoletano Eugenio e Giuseppe, attestando, contrariamente al vero,  di avere positivamente verificato la conformità delle  superfici e delle varietà coltivate nonchè delle tecnica colturale descritta dal disciplinare di produzione  e quindi la effettiva coltivazione in campo a pomodoro san marzano   da parte di Sirica Giuseppina delle *particelle fl . 27 part. n. 440  del Comune di Sarno*

*In Sarno, san Marzano san Valentino torio nelle date sopra rispettivamente indicate del mese di    luglio 2010 ( 19,20,21,e 22 luglio ) in occasione dei sopralluoghi ispettivi in campo*

Napoletano Giuseppe – Napoletano Eugenio

D) dei reati p. e p. dagli artt. 110-81 cpv- 483, 61 n 2 c.p.( in relazione all'art. 76 DPR 445/2000) perché in concorso tra loro ed al fine di portare a compimento  i reati di cui ai capi che precedono  , formavano e  presentavano, apponendovi le firme apocrife degli agricoltori/produttori,   svariate false dichiarazioni sostitutive dell'atto di notorietà ( ai sensi dell'art. 47 dpr 445 del 25.12.2000) , da allegare alle  domande di adesione al sistema di controllo del prodotto DOP pomodoro San Marzano dell'agro sarnese-nocerino depositate presso l'Ismecert , per la campagna di trasformazione 2010 del pomodoro San Marzano DOP dell'agro sarnese-nocerino, nelle quali,  contrariamente al vero,  si attestavano fatti dei quali l'atto era destinato a provare la verità,  ovvero la materiale disponibilità  e conduzione dei terreni indicati per la produzione del san marzano dop secondo il disciplinare ;

In particolare:

- veniva fatto risultare in una *falsa dichiarazione sostitutiva dell'atto di notorietà datata 31 maggio 2010* recante la firma apocrifa di Ferrante Domenico  la effettiva coltivazione a pomodoro san marzano da parte del suddetto anche della ulteriore *particella fl2 n. 742 del Comune di San Valentino Torio, oltre che dei fondi fl 2 n. 39 e 385  effettivamente coltivati ;*

- veniva fatto risultare in una *falsa dichiarazione sostitutiva dell'atto di notorietà datata 29 luglio 2010* recante la firma apocrifa di Ingenito Concetta  la effettiva coltivazione a pomodoro san marzano da parte del suddetto  delle *particelle fl . 28 part n. 3 e 1341 e fl 27 n. 483 del comune di Sarno;*

- veniva fatto risultare in una *falsa dichiarazione sostitutiva dell'atto di notorietà datata 29 luglio 2010* recante la firma apocrifa di Sirica Giuseppina  la effettiva coltivazione a pomodoro san marzano da parte della suddetta  delle *particelle fl . 27 part. n. 440  del Comune di Sarno;*

- veniva fatto risultare in una *falsa dichiarazione sostitutiva dell'atto di notorietà datata 29 luglio 2010* recante la firma apocrifa di Lenza Antonio  la effettiva coltivazione a pomodoro san marzano da parte del suddetto  delle *particelle fl . 23 part. n. 286  del Comune di sarno e fl. 4 part 602  del comune di San Valentino*

6

*Torio;*

- veniva fatto risultare in una *falsa dichiarazione sostitutiva dell'atto di notorietà datata 29 luglio 2010* recante la firma apocrifa di *Di Filippo Michele* la effettiva coltivazione a pomodoro san marzano da parte del suddetto della *particella 52 - fl 27 del Comune di Sarno ;*

*In Sarno, san Marzano san Valentino torio nelle date sopra rispettivamente indicate dei mesi di maggio e luglio 2010*

*IDENTIFICATE LE PERSONE OFFESE IN:*
*CONSORZIO DI TUTELA DEL POMODORO SAN MARZANO DELL'AGRO NOCERINO SARNESE DOP e/o lo studio del difensore avv. Luca Forni con studio in Nocera Inferiore alla via A. Barbarulo n. 71*

*Evidenziata l'acquisizione delle seguenti fonti di prova:*
*1.C.N.R. nn. 85/1-2010; 85/18-2010 ; 85/26-2010  del Comando CC  NAC Salerno;*
*2. annotazione di PG 85/40 -2010 – 85/45-2010  CC NAC Salerno*
*3. verbali di perquisizione e sequestri nn. 85/2- 85/19-2010 CC NAC Salerno*
*Tutti gli  altri atti di indagine contenuti nel fascicolo del Pubblico Ministero.*

**Visti gli artt. 416, 417 c.p.p.;**

## CHIEDE

**l'emissione del decreto che dispone il giudizio nei confronti dei predetti imputati e per i reati sopraindicati**

## MANDA

alla Segreteria per gli adempimenti di competenza e in particolare per la trasmissione, unitamente alla presente richiesta, del fascicolo contenente la notizia di reato, la documentazione relativa alle indagini espletate e i verbali degli atti eventualmente compiuti davanti al giudice per le indagini preliminari.

Nocera Inferiore, lì  1   0 3   2013

IL SOSTITUTO PROCURATORE DELLA REPUBBLICA
( Dott. ssa Marielda Montefusco)

7

RELAZIONE DI NOTIFICA

Ad istanza come in atti, io sottoscritto Uff. Giud.
addetto all' U.N.E.P. c/o TRIBUNALE di NOCERA INFERIORE

Ho notificato l'atto che precede in se cert.
c/o Avvocato Luca TORNi
Noc /Inf

consegnandone copia conforme all'originale a mani
propri

Li 11/03/2015