## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 19-CV-00974                                                                                          Date Filed: _____

Plaintiff:
**RICARDO SIBRIAN, et al.**
vs.
Defendant:
**CENTO FINE FOODS INC.**

For: SHEEHAN & ASSOCIATES, P.C.

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **CENTO FINE FOODS INC., 100 CENTO BLVD., THOROFARE, NJ 08086.** I, Ken Schoudt, being duly sworn, depose and say that on the 15 day of May, 2019 at 11:15 A.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Anthony Cristella as H.R. Manager / Authorized Agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 50  Sex (M) F  Race white  Height 6-0  Weight 220  Hair Black  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 16 day of May, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHRISTOPHER J MULLEN
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires
September 3, 2019

PROCESS SERVER # _____
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2019004285
Ref: SIBRIAN