EXHIBIT A



The undersigned, Giuseppe Napoletano, declares:

Cento Certified San Marzano tomatoes are true to what the label claims it to be.

- 1-The seeds used are San Marzano approved and certified
- 2-The farmlands are located in the Sarnese - Nocerino Area
- 3- The factory and production are located in the Sarnese Nocerino Area (San Valentino Torio and Nocera);
- 4- Seeds, plants, farmlands, and all production steps are certified by a third party body;
- 5-Cento has been positive influence of San Marzano Tomatoes awareness.
- 6-The local economy base of the San Marzano tomatoes has benefited from Cento's actions.
- 7- Cento has been honorable and true to quality

Dott. Giuseppe Napoletano

Current member, past board member, and charter member of the Consorzio di tutela del Pomodoro S. Marzano dell'Agro Sarnese Nocerino DOP

Avv. Gianpiero Bianchi

**WITNESS**

Avv. GIANPIERO BIANCHI
Via S. Nicola, 9 - 66043 Casoli (Ch)
Tel/Fax 0872.700425
Partita IVA 02277130692
Cod. Fisc.  BNC GPR 80H04 B985G

Solania s.r.l.- Via Buonaiuto, 29 - 84087 Sarno (SA) - Italy
Tel. +39 081 9371027 - Fax +39 081 9371889
Web: http://www.solaniasrl.it - e-mail: info@solaniasrl.it