```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

RICARDO SIBRIAN, ET AL.
                                            CALENDAR NOTICE
-V-                                         CV 19-974(JS)(GRB)

CENTO FINE FOODS, INC.

-------------------------------X
```

APPEARANCES:
For Plaintiff(s):
Spencer Sheehan, Esq.
Sheehan & Associates
505 Northern Blvd.     #311
Great Neck  NY 11021


For Defendant(s):
Daniel Tyler, Esq.
Erin Conway, Esq.
Amin Talati Wasserman
100 S. Wacker Dr.      #2000
Chicago  IL 60606


     THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE BEFORE JUDGE JOANNA SEYBERT **AT 2:30PM ON FRIDAY, OCT. 18, 2019.**  A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

     SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

     PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR 17)(SOUTHERN STATE PKWY. EXIT 43A.)

     TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, PARTIES ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

                                        /s/
                               _____
                               CHARLES J. BARAN,
                               COURTROOM DEPUTY CLERK FOR
                               HON. JOANNA SEYBERT
DATED: AUG. 13, 2019
       CENTRAL ISLIP  NY