# EXHIBIT "B"

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 3,210,945
Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER



ALANRIC FOOD DISTRIBUTORS, INC. (NEW JERSEY CORPORATION)
100 CENTO BOULEVARD
THOROFARE, NJ 08086

FOR: SAUCES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN MARZANO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS SAN MARZANO AND TOMATO DESIGN.

SER. NO. 78-835,415, FILED 3-13-2006.

DAWN HAN, EXAMINING ATTORNEY