# EXHIBIT "C"




40008

Date: 10/17/2018

Cento Fine Foods, Inc.
100 Cento Blvd. West Deptford NJ 08086
tel. 856.853.7800    fax. 856.853.2843

Creative_____ Date_____
Purchasing_____ Date_____
QC_____ Date_____
Marketing_____ Date_____
Sales_____ Date_____
CEO_____ Date_____
Chef _____ Date_____