

100 S. Wacker Dr. | Suite 2000
Chicago, IL 60606

312.466.1033 PHONE
312.884.7352 FAX

AminTalati.com

January 16, 2020

**VIA CM/ECF FILING**

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Ricardo Sibrian, individually and on behalf of others similarly situated, v. Cento Fine Foods, Inc.*, No. 2:19-cv-00974-JS-GRB

Dear Judge Seybert:

    This firm represents Defendant Cento Fine Foods, Inc. ("Cento" or "Defendant") in the above captioned matter. Pursuant to Section I(E) of Your Honor's Individual Motion Practices, I write to request an extension of time of ***one week*** to file Defendant's Reply in Support of its Motion to Dismiss the Amended Complaint.

    This request results from the timing of the briefing schedule and numerous scheduling conflicts on unrelated matters. As Your Honor is aware, Plaintiffs' Opposition brief was filed on December 23, 2019. Much of Defendant's allotted time for reply fell over the Christmas and New Year holidays. Moreover, Defendant's counsel has had numerous scheduling conflicts that arose which it did not anticipate in December of last year. A short extension of one week will not prejudice any party to this action.

    The original date for Defendant's reply has been set for January 17th, 2020. Defendant has made no previous request for an extension. Plaintiffs requested an extension of time to file their opposition brief, which Defendant consented to and was granted on December 12. Plaintiffs' counsel has been consulted and has given their consent to this request for extension.

    Accordingly, for the reasons set forth above, we respectfully request that that date for Defendant's reply brief be extended from January 17, 2020 to January 24, 2020.

                                    **/s/ Daniel S. Tyler**
                                    AMIN TALATI WASSERMAN, LLP

cc:    All counsel of record, via CM/ECF

Lawyers for the Lifecycle of **Foods, Dietary Supplements, Cosmetics, Drugs & Medical Devices**