**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
RICARDO SIBRIAN, individually and on
behalf of all others similarly situated,

                Plaintiff,

      - against -

CENTO FINE FOODS, INC.,

                Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 19-974 (JS) (ST)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 2, 2020, granting in its entirety Defendant's motion to dismiss, and directing the Clerk of the Court to enter judgment accordingly and mark this case closed within thirty (30) days if the Plaintiff does not file a Second Amended Complaint, it is

      **ORDERED AND ADJUDGED** that Plaintiff Ricardo Sibrian take nothing of Defendant Cento Fine Foods, Inc.; that Defendant's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: August 5, 2020
       Central Islip, New York

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT
                               By:   /s/ James J. Toritto
                                            Deputy Clerk